IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRANDI R. BRUNER, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 07-2164-KHV |
| SPRINT/UNITED MANAGEMENT CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| JENA LIPNICK and JENNIFER FONG, individually, and on behalf of a class of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 08-2133-KHV |
| SPRINT/UNITED MANAGEMENT CO., *et al.*, Defendants. | ) ) ) ) ) | |
| JOHNNY ALMONTE, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 08-2149-KHV |
| NEXTEL OF NEW YORK, INC., | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVES' INCENTIVE AWARDS

Pursuant to the Court's March 31, 2009 Order (with deadlines amended by Order on May 19, 2009), Plaintiffs' counsel hereby submit their motion for final approval of attorneys' fees, expenses, and class representatives' incentive awards. Class counsel seek an award of attorneys' fees and costs in the amount of thirty percent (30%) of the California and New York class settlement funds and incentive awards in the amount of $10,000 for each of the Class Representatives.[1] Class counsel, with assistance from the Class Representatives, delivered a favorable result to California and New York class members. The work and effort of Class Counsel and the Class Representatives, which significantly benefited all California and New York class members, should be fairly rewarded.

WHEREFORE, for the foregoing reasons and the reasons more fully set forth in Plaintiffs' Memorandum in Support, Plaintiffs respectfully request that Plaintiffs' counsel be awarded fees and costs in the amount of 30% of the California Settlement Fund ($600,000) and 30% of the New York Settlement Fund ($97,500), that each of the Class Representatives be awarded an incentive award in the amount of $10,000, and for any other and further relief the Court deems just and proper.

Dated: June 12, 2009

---

[1] As stipulated in the Settlement Agreement, Defendants do not oppose Plaintiffs' counsels' application for an award of attorneys' fees in the amount of 30% of the California and New York Settlement Funds or the application for $10,000 incentive awards to each of the Class Representatives. *See* Settlement Agreement ¶ 17.

Respectfully submitted,

_____/s/ George A. Hanson_____
**STUEVE SIEGEL HANSON LLP**
George A. Hanson             KS Bar # 16805
Email: hanson@stuevesiegel.com
Norman E. Siegel             D. Kan # 70354
Email: siegel@stuevesiegel.com
Matthew L. Dameron           KS Bar # 21071
Email: dameron@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101
**ATTORNEYS AND CO-COUNSEL FOR PLAINTIFFS IN ALL CASES**


**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Tel:    (212) 245-1000
Fax:    (212) 977-4005
**CO-COUNSEL FOR *ALMONTE* PLAINTIFFS**


**GOLDSTEIN DEMCHAK BALLER BORGEN & DARDARIAN**
David Borgen (*pro hac vice*)
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel:    (510) 763-9800
Fax:    (510) 835-1417
**CO-COUNSEL FOR *LIPNICK* PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 12th day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Hunter R. Hughes, III
>J. Timothy McDonald
>Rogers & Hardin LLP
>2700 International Tower
>229 Peachtree Street, N.E.
>Atlanta, Georgia 30303-1601
>
>Michael L. Blumenthal
>Seyferth Blumenthall & Harris LLC
>300 Wyandotte – Ste. 430
>Kansas City, Missouri 64105
>
>ATTORNEYS FOR DEFENDANTS

/s/ George A. Hanson<br>Attorney for Plaintiffs