# EXHIBIT 2

| Class Member Identifier | Settlement Amount | Facility | Class Member Identifier | Settlement Amount | Facility | Class Member Identifier | Settlement Amount | Facility |
|---|---|---|---|---|---|---|---|---|
|  | $676.79 | California | 47 | $786.80 | California | 93 | $502.16 | California |
| 2 | $248.22 | New York | 48 | $141.30 | New York | 94 | $281.37 | New York |
| 3 | $168.72 | New York | 49 | $727.30 | California | 95 | $959.35 | California |
| 4 | $737.16 | California | 50 | $702.04 | California | 96 | $1,923.92 | California |
| 5 | $1,278.99 | California | 51 | $626.58 | California | 97 | $1,057.65 | California |
| 6 | $957.05 | California | 52 | $1,156.64 | California | 98 | $1,131.80 | California |
| 7 | $575.77 | California | 53 | $732.42 | California | 99 | $777.81 | California |
| 8 | $30.58 | New York | 54 | $908.31 | California | 100 | $5.27 | New York |
| 9 | $713.27 | New York | 55 | $276.11 | New York | 101 | $4,105.01 | California |
| 10 | $43.24 | New York | 56 | $828.32 | California | 102 | $179.27 | New York |
| 11 | $81.17 | New York | 57 | $897.84 | California | 103 | $1,095.07 | California |
| 12 | $29.53 | New York | 58 | $1,078.36 | California | 104 | $2,802.15 | California |
| 13 | $181.38 | New York | 59 | $559.64 | New York | 105 | $1,975.83 | California |
| 14 | $716.11 | New York | 60 | $108.61 | New York | 106 | $601.02 | California |
| 15 | $676.79 | California | 61 | $1,074.13 | California | 107 | $1,146.63 | California |
| 16 | $5,233.48 | California | 62 | $195.49 | New York | 108 | $391.15 | New York |
| 17 | $1,100.77 | California | 63 | $550.51 | California | 109 | $66.41 | New York |
| 18 | $24.40 | New York | 64 | $676.79 | California | 110 | $601.02 | California |
| 19 | $274.17 | New York | 65 | $186.46 | New York | 111 | $935.56 | California |
| 20 | $803.80 | California | 66 | $274.93 | California | 112 | $1,124.55 | California |
| 21 | $1,317.93 | California | 67 | $87.52 | New York | 113 | $575.77 | California |
| 22 | $295.70 | New York | 68 | $206.02 | New York | 114 | $1,100.53 | California |
| 23 | $562.80 | California | 69 | $403.59 | New York | 115 | $929.34 | California |
| 24 | $1,307.46 | New York | 70 | $239.27 | New York | 116 | $550.51 | California |
| 25 | $613.71 | California | 71 | $259.76 | New York | 117 | $626.28 | California |
| 26 | $4,323.74 | California | 72 | $1,043.54 | California | 118 | $167.76 | New York |
| 27 | $912.87 | California | 73 | $123.38 | New York | 119 | $29.53 | New York |
| 28 | $724.52 | California | 74 | $803.06 | California | 120 | $653.61 | California |
| 29 | $274.93 | California | 75 | $878.83 | California | 121 | $1,453.68 | California |
| 30 | $628.01 | California | 76 | $208.75 | New York | 122 | $1,580.49 | California |
| 31 | $828.32 | California | 77 | $442.04 | California | 123 | $556.71 | New York |
| 32 | $332.63 | New York | 78 | $1,000.53 | California | 124 | $12.94 | New York |
| 33 | $110.24 | New York | 79 | $5,417.79 | California | 125 | $176.10 | New York |
| 34 | $201.25 | New York | 80 | $636.11 | California | 126 | $2,429.84 | California |
| 35 | $1,513.45 | California | 81 | $330.99 | California | 127 | $95.76 | New York |
| 36 | $4,249.99 | California | 82 | $3,242.97 | California | 128 | $6.10 | New York |
| 37 | $342.46 | New York | 83 | $144.59 | New York | 129 | $42.18 | New York |
| 38 | $485.59 | New York | 84 | $628.56 | California | 130 | $6,552.06 | California |
| 39 | $43.39 | New York | 85 | $145.52 | New York | 131 | $575.77 | California |
| 40 | $113.89 | New York | 86 | $141.30 | New York | 132 | $259.22 | New York |
| 41 | $1,185.85 | New York | 87 | $3,151.32 | California | 133 | $281.56 | New York |
| 42 | $1,069.81 | New York | 88 | $109.67 | New York | 134 | $522.64 | California |
| 43 | $228.34 | New York | 89 | $3,056.40 | California | 135 | $31.64 | New York |
| 44 | $626.79 | California | 90 | $1,772.18 | California | 136 | $682.03 | California |
| 45 | $769.89 | California | 91 | $813.54 | New York | 137 | $181.13 | California |
| 46 | $731.33 | California | 92 | $129.71 | New York | 138 | $254.44 | New York |

1

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 139 | $803.06 | California |
| 140 | $601.02 | California |
| 141 | $1,861.10 | California |
| 142 | $601.02 | California |
| 143 | $18.98 | New York |
| 144 | $737.88 | California |
| 145 | $197.19 | New York |
| 146 | $456.78 | New York |
| 147 | $1,095.36 | California |
| 148 | $24.41 | New York |
| 149 | $214.86 | New York |
| 150 | $828.32 | California |
| 151 | $233.75 | New York |
| 152 | $43.24 | New York |
| 153 | $14.76 | New York |
| 154 | $575.77 | California |
| 155 | $50.62 | New York |
| 156 | $247.32 | New York |
| 157 | $626.28 | California |
| 158 | $2,390.29 | California |
| 159 | $1,087.84 | California |
| 160 | $853.57 | California |
| 161 | $601.02 | California |
| 162 | $676.79 | California |
| 163 | $600.53 | California |
| 164 | $4,195.60 | California |
| 165 | $320.53 | New York |
| 166 | $46.40 | New York |
| 167 | $1,017.11 | California |
| 168 | $33.74 | New York |
| 169 | $354.76 | California |
| 170 | $214.07 | New York |
| 171 | $640.14 | California |
| 172 | $1,625.50 | California |
| 173 | $694.44 | California |
| 174 | $3,043.45 | California |
| 175 | $255.48 | New York |
| 176 | $123.78 | New York |
| 177 | $8.44 | New York |
| 178 | $1,498.43 | California |
| 179 | $1,420.34 | California |
| 180 | $1,568.31 | California |
| 181 | $727.30 | California |
| 182 | $652.00 | California |
| 183 | $878.83 | California |
| 184 | $92.24 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 185 | $535.84 | California |
| 186 | $575.77 | California |
| 187 | $137.89 | New York |
| 188 | $518.40 | New York |
| 189 | $344.92 | New York |
| 190 | $124.93 | New York |
| 191 | $88.58 | New York |
| 192 | $151.85 | New York |
| 193 | $702.04 | California |
| 194 | $622.10 | California |
| 195 | $186.52 | California |
| 196 | $2,385.08 | California |
| 197 | $59.05 | New York |
| 198 | $854.43 | California |
| 199 | $11.60 | New York |
| 200 | $676.79 | California |
| 201 | $374.66 | New York |
| 202 | $525.26 | California |
| 203 | $316.98 | California |
| 204 | $607.82 | California |
| 205 | $1,555.14 | California |
| 206 | $220.39 | New York |
| 207 | $17.93 | New York |
| 208 | $530.81 | New York |
| 209 | $51.67 | New York |
| 210 | $295.95 | New York |
| 211 | $350.90 | New York |
| 212 | $251.39 | New York |
| 213 | $651.53 | California |
| 214 | $51.67 | New York |
| 215 | $1,940.26 | California |
| 216 | $1,426.29 | California |
| 217 | $228.83 | New York |
| 218 | $803.06 | California |
| 219 | $664.96 | California |
| 220 | $118.11 | New York |
| 221 | $267.38 | California |
| 222 | $1,318.50 | California |
| 223 | $2,213.32 | California |
| 224 | $1,170.78 | New York |
| 225 | $31.64 | New York |
| 226 | $1,185.74 | California |
| 227 | $5,857.96 | California |
| 228 | $575.77 | California |
| 229 | $11.60 | New York |
| 230 | $461.96 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 231 | $1,562.57 | California |
| 232 | $50.62 | New York |
| 233 | $157.11 | New York |
| 234 | $35.77 | New York |
| 235 | $956.30 | California |
| 236 | $829.11 | California |
| 237 | $1,219.13 | California |
| 238 | $77.25 | New York |
| 239 | $41.13 | New York |
| 240 | $279.84 | New York |
| 241 | $838.69 | California |
| 242 | $838.69 | California |
| 243 | $741.14 | New York |
| 244 | $606.28 | New York |
| 245 | $878.83 | California |
| 246 | $677.21 | California |
| 247 | $4,818.33 | California |
| 248 | $4,816.81 | California |
| 249 | $279.23 | New York |
| 250 | $302.00 | New York |
| 251 | $9.49 | New York |
| 252 | $18.98 | California |
| 253 | $580.86 | California |
| 254 | $4,921.94 | California |
| 255 | $1,933.20 | California |
| 256 | $2,586.98 | California |
| 257 | $105.45 | New York |
| 258 | $2,106.92 | California |
| 259 | $651.53 | California |
| 260 | $103.22 | California |
| 261 | $2,706.31 | California |
| 262 | $140.74 | New York |
| 263 | $192.98 | New York |
| 264 | $697.57 | California |
| 265 | $757.43 | California |
| 266 | $4,677.42 | California |
| 267 | $12.20 | New York |
| 268 | $1,274.13 | California |
| 269 | $853.57 | California |
| 270 | $80.14 | New York |
| 271 | $1,830.28 | California |
| 272 | $307.95 | New York |
| 273 | $1,794.24 | California |
| 274 | $640.16 | California |
| 275 | $208.46 | New York |
| 276 | $46.40 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 277 | $98.07 | New York |
| 278 | $1,842.74 | California |
| 279 | $6.33 | New York |
| 280 | $601.02 | California |
| 281 | $1,851.12 | California |
| 282 | $768.72 | California |
| 283 | $759.43 | New York |
| 284 | $3,601.73 | California |
| 285 | $309.06 | New York |
| 286 | $66.43 | New York |
| 287 | $524.14 | New York |
| 288 | $176.10 | New York |
| 289 | $229.32 | New York |
| 290 | $1,157.65 | California |
| 291 | $121.78 | California |
| 292 | $2,162.59 | California |
| 293 | $1,030.36 | California |
| 294 | $525.26 | California |
| 295 | $89.98 | New York |
| 296 | $1,507.64 | California |
| 297 | $1,280.58 | California |
| 298 | $9.49 | New York |
| 299 | $11.60 | New York |
| 300 | $33.74 | New York |
| 301 | $48.51 | New York |
| 302 | $63.27 | New York |
| 303 | $150.80 | New York |
| 304 | $197.19 | New York |
| 305 | $727.85 | California |
| 306 | $591.91 | California |
| 307 | $1,015.65 | California |
| 308 | $31.64 | New York |
| 309 | $486.95 | California |
| 310 | $360.10 | California |
| 311 | $1,257.66 | California |
| 312 | $601.02 | California |
| 313 | $904.31 | California |
| 314 | $109.97 | California |
| 315 | $134.98 | New York |
| 316 | $90.69 | New York |
| 317 | $352.14 | New York |
| 318 | $3,063.23 | California |
| 319 | $147.63 | New York |
| 320 | $240.09 | New York |
| 321 | $71.71 | New York |
| 322 | $365.20 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 323 | $157.12 | New York |
| 324 | $1,655.06 | California |
| 325 | $954.60 | California |
| 326 | $601.02 | California |
| 327 | $1,513.45 | California |
| 328 | $189.76 | California |
| 329 | $321.27 | New York |
| 330 | $228.83 | New York |
| 331 | $107.56 | New York |
| 332 | $242.61 | New York |
| 333 | $136.03 | New York |
| 334 | $289.72 | New York |
| 335 | $6.33 | New York |
| 336 | $461.19 | New York |
| 337 | $1,636.49 | California |
| 338 | $647.56 | New York |
| 339 | $855.53 | New York |
| 340 | $803.80 | California |
| 341 | $853.57 | California |
| 342 | $661.06 | New York |
| 343 | $2,372.42 | California |
| 344 | $186.52 | California |
| 345 | $75.92 | New York |
| 346 | $924.20 | New York |
| 347 | $244.73 | New York |
| 348 | $916.62 | New York |
| 349 | $1,112.47 | California |
| 350 | $188.64 | New York |
| 351 | $56.94 | New York |
| 352 | $6.10 | New York |
| 353 | $4,901.51 | California |
| 354 | $90.69 | New York |
| 355 | $2,111.27 | California |
| 356 | $23.20 | New York |
| 357 | $319.13 | California |
| 358 | $998.45 | California |
| 359 | $361.53 | New York |
| 360 | $1,006.33 | California |
| 361 | $1,525.57 | California |
| 362 | $832.59 | California |
| 363 | $1,064.48 | California |
| 364 | $76.98 | New York |
| 365 | $10.55 | New York |
| 366 | $1,397.98 | California |
| 367 | $1,005.11 | California |
| 368 | $1,136.41 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 369 | $1,535.06 | California |
| 370 | $836.11 | New York |
| 371 | $27.42 | New York |
| 372 | $667.38 | California |
| 373 | $853.57 | California |
| 374 | $575.77 | California |
| 375 | $871.14 | California |
| 376 | $8.44 | New York |
| 377 | $1,134.92 | California |
| 378 | $1,517.01 | California |
| 379 | $4,844.78 | California |
| 380 | $550.51 | California |
| 381 | $803.19 | California |
| 382 | $887.05 | California |
| 383 | $179.20 | California |
| 384 | $752.55 | California |
| 385 | $651.90 | California |
| 386 | $3,887.39 | California |
| 387 | $4,680.30 | California |
| 388 | $1,931.57 | California |
| 389 | $1,841.03 | California |
| 390 | $57.12 | New York |
| 391 | $125.49 | New York |
| 392 | $3,474.53 | California |
| 393 | $247.07 | New York |
| 394 | $1,056.96 | California |
| 395 | $2,111.78 | California |
| 396 | $575.95 | California |
| 397 | $3,025.38 | California |
| 398 | $803.06 | California |
| 399 | $803.80 | California |
| 400 | $25.31 | New York |
| 401 | $5,316.30 | California |
| 402 | $53.78 | New York |
| 403 | $71.71 | New York |
| 404 | $270.62 | California |
| 405 | $745.00 | California |
| 406 | $35.97 | New York |
| 407 | $835.72 | California |
| 408 | $154.28 | New York |
| 409 | $491.56 | California |
| 410 | $138.02 | New York |
| 411 | $179.27 | New York |
| 412 | $655.26 | California |
| 413 | $41.13 | New York |
| 414 | $610.59 | New York |

| Class Member Identifier | Settlement Amount | Facility | Class Member Identifier | Settlement Amount | Facility | Class Member Identifier | Settlement Amount | Facility |
|---|---|---|---|---|---|---|---|---|
| 415 | $904.09 | California | 461 | $13.51 | New York | 507 | $33.55 | New York |
| 416 | $35.97 | New York | 462 | $626.28 | California | 508 | $131.81 | New York |
| 417 | $1,761.77 | California | 463 | $12.94 | New York | 509 | $602.40 | California |
| 418 | $329.02 | New York | 464 | $104.10 | New York | 510 | $308.50 | New York |
| 419 | $1,106.13 | California | 465 | $1,756.95 | California | 511 | $559.56 | California |
| 420 | $11.60 | New York | 466 | $681.13 | California | 512 | $1,416.72 | California |
| 421 | $534.41 | New York | 467 | $32.69 | New York | 513 | $107.91 | New York |
| 422 | $252.71 | New York | 468 | $287.93 | New York | 514 | $1,140.59 | New York |
| 423 | $727.30 | California | 469 | $194.96 | New York | 515 | $305.66 | New York |
| 424 | $626.58 | California | 470 | $55.89 | New York | 516 | $530.92 | New York |
| 425 | $911.94 | California | 471 | $727.30 | California | 517 | $196.46 | New York |
| 426 | $626.28 | California | 472 | $50.62 | New York | 518 | $24.25 | New York |
| 427 | $416.43 | New York | 473 | $955.69 | California | 519 | $1,638.08 | California |
| 428 | $2,706.85 | California | 474 | $3,107.42 | California | 520 | $240.43 | New York |
| 429 | $1,080.87 | California | 475 | $979.74 | California | 521 | $493.85 | California |
| 430 | $120.21 | New York | 476 | $1,274.47 | New York | 522 | $313.93 | New York |
| 431 | $1,449.78 | California | 477 | $11.60 | New York | 523 | $144.47 | New York |
| 432 | $677.90 | California | 478 | $153.96 | New York | 524 | $343.93 | California |
| 433 | $334.64 | New York | 479 | $12.94 | California | 525 | $242.83 | New York |
| 434 | $591.73 | New York | 480 | $122.32 | New York | 526 | $1,006.33 | California |
| 435 | $99.24 | New York | 481 | $1,156.64 | California | 527 | $105.66 | California |
| 436 | $1,782.11 | California | 482 | $1,720.68 | California | 528 | $66.67 | New York |
| 437 | $3,021.54 | California | 483 | $904.09 | California | 529 | $2,082.50 | California |
| 438 | $1,055.62 | California | 484 | $140.25 | New York | 530 | $1,791.13 | California |
| 439 | $1,055.62 | California | 485 | $314.62 | New York | 531 | $185.22 | New York |
| 440 | $575.77 | California | 486 | $727.30 | California | 532 | $575.77 | California |
| 441 | $5,004.13 | California | 487 | $108.89 | California | 533 | $2,512.11 | California |
| 442 | $346.17 | New York | 488 | $732.05 | New York | 534 | $109.97 | California |
| 443 | $138.14 | New York | 489 | $1,282.92 | California | 535 | $2,421.52 | California |
| 444 | $702.04 | California | 490 | $647.97 | California | 536 | $601.02 | California |
| 445 | $1,464.54 | California | 491 | $1,050.86 | California | 537 | $61.16 | New York |
| 446 | $35.85 | New York | 492 | $120.17 | New York | 538 | $727.30 | California |
| 447 | $607.22 | New York | 493 | $278.00 | New York | 539 | $410.78 | California |
| 448 | $104.40 | New York | 494 | $1,896.93 | California | 540 | $651.53 | California |
| 449 | $12.94 | California | 495 | $956.79 | New York | 541 | $1,096.21 | California |
| 450 | $148.05 | New York | 496 | $344.92 | New York | 542 | $577.60 | California |
| 451 | $651.53 | California | 497 | $263.83 | New York | 543 | $60.11 | New York |
| 452 | $544.09 | New York | 498 | $74.87 | New York | 544 | $1,111.09 | California |
| 453 | $752.55 | California | 499 | $183.49 | New York | 545 | $17.93 | New York |
| 454 | $712.78 | New York | 500 | $1,061.84 | New York | 546 | $1,055.62 | California |
| 455 | $298.11 | New York | 501 | $1,543.56 | California | 547 | $335.71 | New York |
| 456 | $7.38 | New York | 502 | $1,555.76 | California | 548 | $294.76 | New York |
| 457 | $1,467.39 | California | 503 | $131.16 | New York | 549 | $80.14 | New York |
| 458 | $49.56 | New York | 504 | $199.73 | New York | 550 | $2,237.37 | California |
| 459 | $105.66 | California | 505 | $2,563.47 | California | 551 | $1,333.43 | California |
| 460 | $329.92 | California | 506 | $626.28 | California | 552 | $179.27 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 553 | $30.58 | New York |
| 554 | $3,259.71 | California |
| 555 | $36.91 | New York |
| 556 | $100.18 | New York |
| 557 | $1,770.88 | California |
| 558 | $2,150.43 | California |
| 559 | $345.35 | New York |
| 560 | $740.69 | New York |
| 561 | $2,978.94 | California |
| 562 | $1,473.45 | California |
| 563 | $82.25 | New York |
| 564 | $151.85 | New York |
| 565 | $546.62 | California |
| 566 | $1,553.74 | California |
| 567 | $630.72 | California |
| 568 | $1,695.78 | California |
| 569 | $702.04 | California |
| 570 | $1,106.13 | California |
| 571 | $769.82 | California |
| 572 | $699.98 | New York |
| 573 | $1,403.17 | California |
| 574 | $438.81 | California |
| 575 | $371.46 | New York |
| 576 | $128.65 | New York |
| 577 | $53.78 | New York |
| 578 | $249.92 | New York |
| 579 | $44.29 | New York |
| 580 | $923.36 | California |
| 581 | $1,110.98 | California |
| 582 | $1,408.15 | California |
| 583 | $778.48 | California |
| 584 | $131.81 | New York |
| 585 | $1,055.62 | California |
| 586 | $87.52 | New York |
| 587 | $54.90 | New York |
| 588 | $838.63 | California |
| 589 | $1,000.24 | New York |
| 590 | $525.26 | California |
| 591 | $676.79 | California |
| 592 | $203.45 | New York |
| 593 | $290.01 | New York |
| 594 | $863.00 | New York |
| 595 | $2,014.66 | California |
| 596 | $923.36 | California |
| 597 | $777.81 | California |
| 598 | $3,642.18 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 599 | $30.58 | New York |
| 600 | $677.21 | California |
| 601 | $72.92 | New York |
| 602 | $4,853.90 | California |
| 603 | $718.05 | California |
| 604 | $1,158.92 | California |
| 605 | $5,521.08 | California |
| 606 | $344.70 | New York |
| 607 | $776.25 | California |
| 608 | $6.32 | New York |
| 609 | $8.44 | New York |
| 610 | $650.13 | California |
| 611 | $651.53 | California |
| 612 | $647.97 | California |
| 613 | $1,221.94 | California |
| 614 | $184.36 | California |
| 615 | $31.64 | California |
| 616 | $282.67 | New York |
| 617 | $196.66 | New York |
| 618 | $813.24 | New York |
| 619 | $170.83 | New York |
| 620 | $84.36 | New York |
| 621 | $12.94 | California |
| 622 | $248.89 | New York |
| 623 | $448.04 | New York |
| 624 | $12.94 | California |
| 625 | $603.46 | California |
| 626 | $912.86 | New York |
| 627 | $727.30 | California |
| 628 | $162.40 | New York |
| 629 | $55.89 | New York |
| 630 | $1,745.30 | California |
| 631 | $173.58 | California |
| 632 | $89.69 | New York |
| 633 | $608.89 | California |
| 634 | $176.10 | New York |
| 635 | $428.25 | New York |
| 636 | $1,073.14 | New York |
| 637 | $174.69 | New York |
| 638 | $63.27 | New York |
| 639 | $537.33 | New York |
| 640 | $217.30 | New York |
| 641 | $2,171.68 | California |
| 642 | $62.22 | New York |
| 643 | $137.95 | California |
| 644 | $810.77 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 645 | $1,448.09 | California |
| 646 | $139.19 | New York |
| 647 | $1,027.87 | California |
| 648 | $350.40 | California |
| 649 | $196.56 | New York |
| 650 | $30.50 | New York |
| 651 | $31.64 | New York |
| 652 | $106.74 | California |
| 653 | $556.33 | California |
| 654 | $252.71 | New York |
| 655 | $2,745.80 | California |
| 656 | $954.60 | California |
| 657 | $803.06 | California |
| 658 | $1,186.61 | California |
| 659 | $357.95 | California |
| 660 | $373.04 | California |
| 661 | $4,982.98 | California |
| 662 | $184.36 | California |
| 663 | $12.65 | New York |
| 664 | $12.94 | California |
| 665 | $165.59 | New York |
| 666 | $752.55 | California |
| 667 | $803.06 | California |
| 668 | $1,722.80 | California |
| 669 | $221.35 | New York |
| 670 | $601.27 | California |
| 671 | $407.97 | New York |
| 672 | $141.30 | New York |
| 673 | $41.13 | New York |
| 674 | $1,186.25 | California |
| 675 | $416.83 | New York |
| 676 | $96.98 | New York |
| 677 | $795.97 | California |
| 678 | $575.77 | California |
| 679 | $886.15 | California |
| 680 | $93.80 | California |
| 681 | $17.93 | New York |
| 682 | $1,613.43 | California |
| 683 | $676.79 | California |
| 684 | $63.27 | California |
| 685 | $43.24 | New York |
| 686 | $25.31 | New York |
| 687 | $12.94 | California |
| 688 | $626.28 | California |
| 689 | $1,279.24 | California |
| 690 | $1,126.24 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 691 | $581.81 | California |
| 692 | $789.34 | California |
| 693 | $29.45 | New York |
| 694 | $75.63 | New York |
| 695 | $959.33 | New York |
| 696 | $282.92 | New York |
| 697 | $368.82 | New York |
| 698 | $134.98 | New York |
| 699 | $291.64 | New York |
| 700 | $2,285.48 | California |
| 701 | $63.27 | New York |
| 702 | $42.18 | New York |
| 703 | $2,405.71 | California |
| 704 | $2,661.87 | California |
| 705 | $639.06 | California |
| 706 | $931.24 | New York |
| 707 | $629.33 | California |
| 708 | $4,291.17 | California |
| 709 | $670.32 | California |
| 710 | $112.84 | New York |
| 711 | $5,021.63 | California |
| 712 | $154.46 | California |
| 713 | $40.07 | New York |
| 714 | $31.64 | New York |
| 715 | $314.24 | New York |
| 716 | $1,388.37 | California |
| 717 | $626.28 | California |
| 718 | $564.12 | New York |
| 719 | $286.85 | New York |
| 720 | $891.02 | California |
| 721 | $426.15 | New York |
| 722 | $73.18 | New York |
| 723 | $1,377.35 | California |
| 724 | $456.06 | California |
| 725 | $2,372.40 | California |
| 726 | $2,940.56 | California |
| 727 | $109.97 | California |
| 728 | $1,433.92 | California |
| 729 | $56.25 | New York |
| 730 | $2,745.06 | California |
| 731 | $16.87 | New York |
| 732 | $1,092.71 | California |
| 733 | $124.43 | New York |
| 734 | $42.88 | New York |
| 735 | $783.55 | New York |
| 736 | $11.86 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 737 | $752.63 | California |
| 738 | $76.20 | New York |
| 739 | $12.94 | New York |
| 740 | $229.18 | New York |
| 741 | $284.63 | California |
| 742 | $64.33 | New York |
| 743 | $702.05 | New York |
| 744 | $3,374.17 | California |
| 745 | $12.94 | California |
| 746 | $1,576.42 | California |
| 747 | $902.82 | California |
| 748 | $336.25 | New York |
| 749 | $20.04 | New York |
| 750 | $127.60 | New York |
| 751 | $1,322.63 | California |
| 752 | $1,492.16 | California |
| 753 | $1,136.46 | California |
| 754 | $750.13 | California |
| 755 | $467.52 | New York |
| 756 | $67.49 | New York |
| 757 | $59.05 | New York |
| 758 | $184.36 | California |
| 759 | $626.28 | California |
| 760 | $12.94 | California |
| 761 | $176.70 | New York |
| 762 | $727.30 | California |
| 763 | $3,362.63 | California |
| 764 | $1,582.08 | New York |
| 765 | $551.73 | California |
| 766 | $525.26 | California |
| 767 | $61.16 | New York |
| 768 | $60.11 | New York |
| 769 | $575.77 | California |
| 770 | $2,488.35 | California |
| 771 | $107.56 | New York |
| 772 | $601.57 | California |
| 773 | $550.51 | California |
| 774 | $575.77 | California |
| 775 | $149.74 | New York |
| 776 | $389.64 | New York |
| 777 | $5,013.18 | California |
| 778 | $180.32 | New York |
| 779 | $394.92 | New York |
| 780 | $49.56 | New York |
| 781 | $1,055.62 | California |
| 782 | $525.26 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 783 | $17.93 | New York |
| 784 | $3.16 | New York |
| 785 | $156.26 | New York |
| 786 | $603.50 | California |
| 787 | $653.36 | California |
| 788 | $316.42 | New York |
| 789 | $81.55 | New York |
| 790 | $634.77 | California |
| 791 | $4,759.47 | California |
| 792 | $3,614.52 | California |
| 793 | $628.57 | California |
| 794 | $1,328.07 | California |
| 795 | $390.74 | New York |
| 796 | $49.56 | New York |
| 797 | $371.71 | New York |
| 798 | $76.98 | New York |
| 799 | $120.21 | New York |
| 800 | $95.96 | New York |
| 801 | $216.82 | New York |
| 802 | $180.94 | New York |
| 803 | $584.10 | California |
| 804 | $58.68 | New York |
| 805 | $546.00 | New York |
| 806 | $228.12 | New York |
| 807 | $409.88 | New York |
| 808 | $1,164.45 | New York |
| 809 | $652.83 | New York |
| 810 | $6.33 | New York |
| 811 | $705.11 | California |
| 812 | $658.49 | California |
| 813 | $81.20 | New York |
| 814 | $1,119.98 | California |
| 815 | $669.34 | California |
| 816 | $111.78 | New York |
| 817 | $404.15 | New York |
| 818 | $509.97 | California |
| 819 | $98.07 | New York |
| 820 | $112.83 | New York |
| 821 | $1,559.30 | California |
| 822 | $112.55 | New York |
| 823 | $335.31 | California |
| 824 | $2,153.68 | California |
| 825 | $702.04 | California |
| 826 | $12.94 | California |
| 827 | $544.47 | California |
| 828 | $1,055.62 | California |

| Class Member Identifier | Settlement Amount | Facility | Class Member Identifier | Settlement Amount | Facility | Class Member Identifier | Settlement Amount | Facility |
|---|---|---|---|---|---|---|---|---|
| 829 | $525.26 | California | 875 | $1,387.78 | California | 921 | $807.70 | California |
| 830 | $2,833.73 | California | 876 | $93.82 | New York | 922 | $575.47 | California |
| 831 | $550.63 | California | 877 | $393.57 | New York | 923 | $731.77 | California |
| 832 | $1,481.49 | California | 878 | $631.80 | California | 924 | $1,457.77 | California |
| 833 | $1,080.87 | California | 879 | $1,596.39 | California | 925 | $525.26 | California |
| 834 | $1,283.76 | New York | 880 | $198.78 | New York | 926 | $676.79 | California |
| 835 | $716.16 | New York | 881 | $2,923.28 | California | 927 | $59.05 | New York |
| 836 | $24.41 | New York | 882 | $3,595.16 | California | 928 | $180.32 | New York |
| 837 | $83.31 | New York | 883 | $94.91 | New York | 929 | $101.35 | California |
| 838 | $9.49 | New York | 884 | $793.26 | New York | 930 | $1,030.36 | California |
| 839 | $954.60 | California | 885 | $42.11 | New York | 931 | $601.02 | California |
| 840 | $177.90 | California | 886 | $575.77 | California | 932 | $702.70 | California |
| 841 | $638.17 | California | 887 | $231.29 | New York | 933 | $243.59 | New York |
| 842 | $535.58 | California | 888 | $737.48 | California | 934 | $250.12 | New York |
| 843 | $803.80 | California | 889 | $33.74 | New York | 935 | $422.64 | California |
| 844 | $550.63 | California | 890 | $1,179.14 | California | 936 | $1,549.76 | California |
| 845 | $750.13 | California | 891 | $1,741.57 | California | 937 | $531.22 | New York |
| 846 | $550.51 | California | 892 | $1,227.22 | New York | 938 | $264.15 | California |
| 847 | $777.81 | California | 893 | $613.21 | California | 939 | $992.60 | California |
| 848 | $718.09 | New York | 894 | $75.92 | New York | 940 | $63.27 | New York |
| 849 | $1,127.95 | New York | 895 | $905.06 | California | 941 | $2,319.26 | California |
| 850 | $162.60 | New York | 896 | $323.45 | California | 942 | $597.06 | New York |
| 851 | $252.71 | New York | 897 | $692.37 | New York | 943 | $828.32 | California |
| 852 | $18.98 | New York | 898 | $338.54 | California | 944 | $1,687.08 | California |
| 853 | $36.91 | New York | 899 | $525.26 | California | 945 | $5,188.94 | California |
| 854 | $703.75 | New York | 900 | $270.56 | New York | 946 | $1,030.36 | California |
| 855 | $6.54 | New York | 901 | $525.88 | California | 947 | $4,953.31 | California |
| 856 | $805.99 | California | 902 | $29.53 | New York | 948 | $191.92 | New York |
| 857 | $2,895.87 | California | 903 | $961.58 | California | 949 | $1,726.27 | California |
| 858 | $12.20 | New York | 904 | $36.91 | New York | 950 | $202.15 | New York |
| 859 | $2,392.32 | California | 905 | $602.49 | California | 951 | $156.07 | New York |
| 860 | $608.89 | California | 906 | $753.16 | California | 952 | $101.23 | New York |
| 861 | $578.33 | New York | 907 | $551.20 | California | 953 | $2,882.26 | California |
| 862 | $737.16 | New York | 908 | $928.07 | California | 954 | $136.00 | New York |
| 863 | $5,162.19 | California | 909 | $1,451.98 | California | 955 | $1,020.86 | New York |
| 864 | $1,188.30 | New York | 910 | $5.27 | New York | 956 | $3,510.26 | California |
| 865 | $639.94 | New York | 911 | $118.11 | New York | 957 | $693.26 | New York |
| 866 | $550.51 | California | 912 | $109.97 | California | 958 | $5,775.52 | California |
| 867 | $249.26 | New York | 913 | $777.81 | California | 959 | $5,505.83 | California |
| 868 | $1,492.16 | California | 914 | $879.72 | California | 960 | $601.27 | California |
| 869 | $5,074.72 | California | 915 | $984.87 | California | 961 | $1,360.27 | California |
| 870 | $1,879.49 | California | 916 | $2,224.17 | California | 962 | $412.14 | New York |
| 871 | $18.98 | New York | 917 | $4,863.62 | California | 963 | $270.30 | New York |
| 872 | $661.72 | California | 918 | $498.81 | New York | 964 | $538.49 | New York |
| 873 | $2,635.43 | California | 919 | $1,352.01 | California | 965 | $702.04 | California |
| 874 | $908.31 | California | 920 | $198.58 | New York | 966 | $1,162.92 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 967 | $699.22 | New York |
| 968 | $4,585.53 | California |
| 969 | $3,472.61 | California |
| 970 | $1,370.62 | California |
| 971 | $126.27 | New York |
| 972 | $1,307.01 | New York |
| 973 | $700.84 | California |
| 974 | $5,548.89 | California |
| 975 | $992.65 | New York |
| 976 | $1,447.24 | California |
| 977 | $946.22 | California |
| 978 | $67.49 | New York |
| 979 | $911.89 | California |
| 980 | $269.54 | California |
| 981 | $1,818.41 | California |
| 982 | $27.42 | New York |
| 983 | $1,940.51 | California |
| 984 | $803.06 | California |
| 985 | $550.51 | California |
| 986 | $828.32 | California |
| 987 | $269.56 | New York |
| 988 | $106.51 | New York |
| 989 | $252.59 | New York |
| 990 | $298.25 | New York |
| 991 | $2,188.46 | California |
| 992 | $651.53 | California |
| 993 | $211.96 | New York |
| 994 | $276.01 | California |
| 995 | $146.58 | New York |
| 996 | $1,307.27 | New York |
| 997 | $1,614.24 | California |
| 998 | $955.69 | California |
| 999 | $124.45 | New York |
| 1000 | $5,220.08 | California |
| 1001 | $455.17 | New York |
| 1002 | $147.28 | New York |
| 1003 | $602.43 | California |
| 1004 | $1,006.33 | California |
| 1005 | $1,209.71 | New York |
| 1006 | $551.24 | California |
| 1007 | $656.17 | California |
| 1008 | $895.14 | California |
| 1009 | $718.64 | California |
| 1010 | $124.43 | New York |
| 1011 | $14.76 | New York |
| 1012 | $1,021.27 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1013 | $525.26 | California |
| 1014 | $606.74 | California |
| 1015 | $1,131.38 | California |
| 1016 | $879.75 | California |
| 1017 | $1,736.28 | California |
| 1018 | $979.85 | California |
| 1019 | $13.71 | New York |
| 1020 | $34.80 | New York |
| 1021 | $362.01 | New York |
| 1022 | $778.48 | California |
| 1023 | $728.54 | California |
| 1024 | $115.91 | New York |
| 1025 | $1,124.67 | California |
| 1026 | $4,193.84 | California |
| 1027 | $283.55 | California |
| 1028 | $1,460.43 | California |
| 1029 | $2,559.65 | California |
| 1030 | $2,595.85 | California |
| 1031 | $13.71 | New York |
| 1032 | $864.68 | California |
| 1033 | $191.48 | New York |
| 1034 | $1,245.23 | California |
| 1035 | $5,685.34 | California |
| 1036 | $1,196.83 | California |
| 1037 | $1,635.86 | California |
| 1038 | $6.10 | New York |
| 1039 | $102.29 | New York |
| 1040 | $575.77 | California |
| 1041 | $462.10 | New York |
| 1042 | $4,348.51 | California |
| 1043 | $743.25 | California |
| 1044 | $951.59 | California |
| 1045 | $262.30 | New York |
| 1046 | $129.71 | New York |
| 1047 | $279.17 | New York |
| 1048 | $837.46 | California |
| 1049 | $117.05 | New York |
| 1050 | $2,734.96 | California |
| 1051 | $485.17 | California |
| 1052 | $601.02 | California |
| 1053 | $159.23 | New York |
| 1054 | $1,284.81 | California |
| 1055 | $74.87 | New York |
| 1056 | $346.41 | New York |
| 1057 | $2,068.24 | California |
| 1058 | $697.57 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1059 | $266.30 | California |
| 1060 | $461.75 | New York |
| 1061 | $828.32 | California |
| 1062 | $1,181.89 | California |
| 1063 | $575.77 | California |
| 1064 | $5,399.80 | California |
| 1065 | $777.81 | California |
| 1066 | $389.68 | New York |
| 1067 | $957.16 | California |
| 1068 | $626.58 | California |
| 1069 | $525.26 | California |
| 1070 | $354.41 | New York |
| 1071 | $5,098.88 | California |
| 1072 | $76.98 | New York |
| 1073 | $866.91 | California |
| 1074 | $182.21 | California |
| 1075 | $21.09 | New York |
| 1076 | $233.05 | New York |
| 1077 | $905.33 | California |
| 1078 | $601.02 | California |
| 1079 | $1,119.62 | New York |
| 1080 | $24.25 | New York |
| 1081 | $149.74 | New York |
| 1082 | $67.10 | New York |
| 1083 | $842.72 | California |
| 1084 | $11.60 | New York |
| 1085 | $25.31 | New York |
| 1086 | $525.26 | California |
| 1087 | $3,694.01 | California |
| 1088 | $374.12 | California |
| 1089 | $50.62 | New York |
| 1090 | $752.55 | California |
| 1091 | $575.77 | California |
| 1092 | $1,277.81 | New York |
| 1093 | $246.76 | New York |
| 1094 | $5,688.43 | California |
| 1095 | $595.96 | California |
| 1096 | $69.60 | New York |
| 1097 | $1,155.52 | California |
| 1098 | $4,027.39 | California |
| 1099 | $54.32 | New York |
| 1100 | $42.10 | New York |
| 1101 | $6.10 | New York |
| 1102 | $59.05 | New York |
| 1103 | $647.71 | California |
| 1104 | $7.38 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1105 | $13.07 | New York |
| 1106 | $183.49 | New York |
| 1107 | $5,083.25 | California |
| 1108 | $532.34 | California |
| 1109 | $80.14 | New York |
| 1110 | $17.93 | New York |
| 1111 | $200.36 | New York |
| 1112 | $522.64 | California |
| 1113 | $959.39 | California |
| 1114 | $559.56 | California |
| 1115 | $143.78 | New York |
| 1116 | $676.79 | California |
| 1117 | $238.32 | New York |
| 1118 | $599.84 | New York |
| 1119 | $727.30 | California |
| 1120 | $1,251.34 | California |
| 1121 | $92.80 | New York |
| 1122 | $346.65 | New York |
| 1123 | $248.89 | New York |
| 1124 | $173.15 | New York |
| 1125 | $88.58 | New York |
| 1126 | $303.34 | New York |
| 1127 | $572.98 | New York |
| 1128 | $671.69 | California |
| 1129 | $401.57 | New York |
| 1130 | $1,890.99 | California |
| 1131 | $851.48 | California |
| 1132 | $121.13 | New York |
| 1133 | $216.18 | New York |
| 1134 | $129.71 | New York |
| 1135 | $1,459.62 | California |
| 1136 | $284.63 | California |
| 1137 | $574.38 | California |
| 1138 | $601.02 | California |
| 1139 | $3,935.64 | California |
| 1140 | $2,078.39 | California |
| 1141 | $466.21 | New York |
| 1142 | $131.41 | New York |
| 1143 | $6.33 | New York |
| 1144 | $4,367.63 | California |
| 1145 | $702.04 | California |
| 1146 | $97.02 | New York |
| 1147 | $1,471.46 | California |
| 1148 | $550.51 | California |
| 1149 | $706.60 | California |
| 1150 | $651.53 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1151 | $6,118.50 | California |
| 1152 | $21.09 | New York |
| 1153 | $71.46 | New York |
| 1154 | $871.57 | California |
| 1155 | $60.11 | New York |
| 1156 | $83.31 | New York |
| 1157 | $128.65 | New York |
| 1158 | $187.60 | California |
| 1159 | $651.90 | California |
| 1160 | $2.11 | New York |
| 1161 | $1,367.94 | California |
| 1162 | $288.84 | New York |
| 1163 | $49.56 | New York |
| 1164 | $1,213.74 | California |
| 1165 | $1,117.69 | New York |
| 1166 | $23.20 | New York |
| 1167 | $979.85 | California |
| 1168 | $680.20 | California |
| 1169 | $1,038.88 | California |
| 1170 | $368.73 | California |
| 1171 | $294.71 | New York |
| 1172 | $601.02 | California |
| 1173 | $581.13 | California |
| 1174 | $104.58 | California |
| 1175 | $206.61 | New York |
| 1176 | $371.96 | California |
| 1177 | $1,729.08 | California |
| 1178 | $93.68 | New York |
| 1179 | $583.07 | New York |
| 1180 | $706.11 | California |
| 1181 | $680.20 | California |
| 1182 | $651.53 | California |
| 1183 | $60.11 | New York |
| 1184 | $1,353.11 | New York |
| 1185 | $1,015.27 | California |
| 1186 | $225.92 | New York |
| 1187 | $276.66 | New York |
| 1188 | $153.96 | New York |
| 1189 | $811.54 | California |
| 1190 | $645.55 | California |
| 1191 | $103.34 | New York |
| 1192 | $231.10 | New York |
| 1193 | $525.26 | California |
| 1194 | $87.65 | New York |
| 1195 | $48.51 | New York |
| 1196 | $66.43 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1197 | $1,102.88 | California |
| 1198 | $9.49 | New York |
| 1199 | $676.79 | California |
| 1200 | $3,505.19 | California |
| 1201 | $516.17 | California |
| 1202 | $1,355.75 | California |
| 1203 | $601.02 | California |
| 1204 | $829.87 | California |
| 1205 | $253.62 | New York |
| 1206 | $80.27 | New York |
| 1207 | $177.89 | California |
| 1208 | $75.90 | New York |
| 1209 | $2,462.23 | California |
| 1210 | $5,026.38 | California |
| 1211 | $550.51 | California |
| 1212 | $508.14 | New York |
| 1213 | $277.08 | California |
| 1214 | $170.97 | New York |
| 1215 | $236.21 | New York |
| 1216 | $867.92 | California |
| 1217 | $1,206.60 | California |
| 1218 | $800.76 | California |
| 1219 | $186.73 | New York |
| 1220 | $1,383.65 | California |
| 1221 | $24.41 | New York |
| 1222 | $910.78 | California |
| 1223 | $700.67 | New York |
| 1224 | $534.77 | California |
| 1225 | $442.85 | New York |
| 1226 | $886.15 | California |
| 1227 | $714.55 | California |
| 1228 | $167.22 | New York |
| 1229 | $601.02 | California |
| 1230 | $242.54 | New York |
| 1231 | $1,344.06 | California |
| 1232 | $775.49 | New York |
| 1233 | $1,985.83 | California |
| 1234 | $24.25 | New York |
| 1235 | $575.77 | California |
| 1236 | $121.27 | New York |
| 1237 | $348.27 | New York |
| 1238 | $872.65 | California |
| 1239 | $9.49 | New York |
| 1240 | $181.13 | California |
| 1241 | $136.03 | New York |
| 1242 | $761.34 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1243 | $325.70 | New York |
| 1244 | $456.50 | New York |
| 1245 | $11.60 | New York |
| 1246 | $913.85 | California |
| 1247 | $286.39 | New York |
| 1248 | $5,315.70 | California |
| 1249 | $60.11 | New York |
| 1250 | $2,505.45 | California |
| 1251 | $628.82 | California |
| 1252 | $1,017.31 | California |
| 1253 | $702.04 | California |
| 1254 | $2,099.65 | California |
| 1255 | $184.36 | California |
| 1256 | $700.51 | New York |
| 1257 | $337.16 | New York |
| 1258 | $59.05 | New York |
| 1259 | $78.03 | New York |
| 1260 | $170.41 | New York |
| 1261 | $964.99 | New York |
| 1262 | $116.00 | New York |
| 1263 | $86.47 | New York |
| 1264 | $700.54 | California |
| 1265 | $2,083.56 | California |
| 1266 | $2,531.65 | California |
| 1267 | $48.80 | New York |
| 1268 | $93.89 | New York |
| 1269 | $2,453.18 | California |
| 1270 | $1,317.69 | California |
| 1271 | $3,872.48 | California |
| 1272 | $904.19 | California |
| 1273 | $86.47 | New York |
| 1274 | $103.34 | New York |
| 1275 | $14.78 | New York |
| 1276 | $1,185.78 | California |
| 1277 | $3,782.95 | California |
| 1278 | $715.92 | California |
| 1279 | $675.14 | New York |
| 1280 | $846.10 | New York |
| 1281 | $11.60 | New York |
| 1282 | $1,589.85 | California |
| 1283 | $375.20 | California |
| 1284 | $801.07 | California |
| 1285 | $1,146.63 | California |
| 1286 | $60.11 | New York |
| 1287 | $153.96 | New York |
| 1288 | $379.13 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1289 | $79.09 | New York |
| 1290 | $273.18 | New York |
| 1291 | $12.94 | California |
| 1292 | $641.22 | California |
| 1293 | $381.67 | California |
| 1294 | $603.50 | California |
| 1295 | $4,764.12 | California |
| 1296 | $2,987.47 | California |
| 1297 | $777.81 | California |
| 1298 | $127.08 | New York |
| 1299 | $514.45 | New York |
| 1300 | $4,364.23 | California |
| 1301 | $6.10 | New York |
| 1302 | $1,665.58 | California |
| 1303 | $427.11 | New York |
| 1304 | $702.04 | California |
| 1305 | $1,139.31 | California |
| 1306 | $867.65 | California |
| 1307 | $281.56 | New York |
| 1308 | $85.42 | New York |
| 1309 | $4,371.93 | California |
| 1310 | $4,851.42 | California |
| 1311 | $383.82 | California |
| 1312 | $207.05 | New York |
| 1313 | $516.17 | California |
| 1314 | $50.62 | New York |
| 1315 | $683.29 | California |
| 1316 | $651.53 | California |
| 1317 | $111.26 | California |
| 1318 | $188.68 | California |
| 1319 | $1,158.83 | California |
| 1320 | $702.53 | California |
| 1321 | $24.40 | New York |
| 1322 | $907.99 | California |
| 1323 | $904.09 | California |
| 1324 | $1,777.41 | California |
| 1325 | $783.18 | California |
| 1326 | $184.36 | California |
| 1327 | $437.73 | California |
| 1328 | $1,072.62 | California |
| 1329 | $457.55 | New York |
| 1330 | $296.59 | New York |
| 1331 | $3,804.81 | California |
| 1332 | $803.06 | California |
| 1333 | $527.27 | California |
| 1334 | $577.62 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1335 | $548.78 | California |
| 1336 | $916.68 | California |
| 1337 | $4,435.64 | California |
| 1338 | $263.88 | New York |
| 1339 | $1,371.34 | California |
| 1340 | $4,389.98 | California |
| 1341 | $29.53 | New York |
| 1342 | $1,302.19 | California |
| 1343 | $312.87 | New York |
| 1344 | $651.53 | California |
| 1345 | $1,380.25 | California |
| 1346 | $525.32 | California |
| 1347 | $954.60 | California |
| 1348 | $2,299.39 | California |
| 1349 | $267.85 | New York |
| 1350 | $550.51 | California |
| 1351 | $243.66 | New York |
| 1352 | $524.19 | New York |
| 1353 | $349.74 | New York |
| 1354 | $61.00 | New York |
| 1355 | $1,304.75 | California |
| 1356 | $601.02 | California |
| 1357 | $777.81 | California |
| 1358 | $144.47 | New York |
| 1359 | $349.86 | New York |
| 1360 | $61.16 | New York |
| 1361 | $727.30 | California |
| 1362 | $827.46 | California |
| 1363 | $4,152.61 | California |
| 1364 | $538.42 | New York |
| 1365 | $64.33 | New York |
| 1366 | $3,362.21 | California |
| 1367 | $601.02 | California |
| 1368 | $289.72 | New York |
| 1369 | $1,632.71 | California |
| 1370 | $411.42 | New York |
| 1371 | $1,664.90 | California |
| 1372 | $654.95 | California |
| 1373 | $10.55 | New York |
| 1374 | $1,706.22 | California |
| 1375 | $5,094.41 | California |
| 1376 | $1,052.14 | New York |
| 1377 | $138.14 | New York |
| 1378 | $13.49 | New York |
| 1379 | $2,723.34 | California |
| 1380 | $512.12 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1381 | $13.49 | New York |
| 1382 | $802.05 | New York |
| 1383 | $461.77 | New York |
| 1384 | $29.53 | New York |
| 1385 | $410.03 | New York |
| 1386 | $778.48 | California |
| 1387 | $84.36 | New York |
| 1388 | $427.02 | New York |
| 1389 | $21.09 | New York |
| 1390 | $20.49 | New York |
| 1391 | $484.02 | New York |
| 1392 | $27.42 | New York |
| 1393 | $651.90 | California |
| 1394 | $1,073.51 | California |
| 1395 | $323.07 | New York |
| 1396 | $676.79 | California |
| 1397 | $854.43 | California |
| 1398 | $3,694.32 | California |
| 1399 | $1,896.93 | California |
| 1400 | $663.61 | California |
| 1401 | $651.53 | California |
| 1402 | $853.57 | California |
| 1403 | $1,567.99 | California |
| 1404 | $702.04 | California |
| 1405 | $30.58 | New York |
| 1406 | $45.34 | New York |
| 1407 | $36.91 | New York |
| 1408 | $36.91 | New York |
| 1409 | $35.85 | New York |
| 1410 | $1,060.16 | California |
| 1411 | $338.54 | California |
| 1412 | $6.33 | New York |
| 1413 | $49.56 | New York |
| 1414 | $41.13 | New York |
| 1415 | $405.99 | New York |
| 1416 | $374.92 | New York |
| 1417 | $601.02 | California |
| 1418 | $626.28 | California |
| 1419 | $169.78 | New York |
| 1420 | $1,253.79 | California |
| 1421 | $603.46 | California |
| 1422 | $418.33 | California |
| 1423 | $88.58 | New York |
| 1424 | $143.43 | New York |
| 1425 | $308.37 | New York |
| 1426 | $94.91 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1427 | $923.36 | California |
| 1428 | $395.40 | New York |
| 1429 | $342.48 | New York |
| 1430 | $263.63 | New York |
| 1431 | $128.69 | New York |
| 1432 | $356.43 | New York |
| 1433 | $300.94 | New York |
| 1434 | $182.43 | New York |
| 1435 | $725.79 | California |
| 1436 | $2,361.67 | California |
| 1437 | $285.99 | New York |
| 1438 | $60.09 | New York |
| 1439 | $550.60 | New York |
| 1440 | $97.03 | New York |
| 1441 | $30.58 | New York |
| 1442 | $690.81 | New York |
| 1443 | $702.04 | California |
| 1444 | $24.25 | New York |
| 1445 | $653.10 | New York |
| 1446 | $2.11 | New York |
| 1447 | $989.51 | California |
| 1448 | $1,172.64 | California |
| 1449 | $1,486.61 | California |
| 1450 | $181.13 | California |
| 1451 | $123.55 | New York |
| 1452 | $1,826.54 | California |
| 1453 | $117.39 | New York |
| 1454 | $308.93 | New York |
| 1455 | $122.32 | New York |
| 1456 | $2,082.18 | California |
| 1457 | $608.89 | California |
| 1458 | $507.81 | California |
| 1459 | $1,080.87 | California |
| 1460 | $72.76 | New York |
| 1461 | $847.43 | California |
| 1462 | $33.74 | New York |
| 1463 | $1,033.72 | New York |
| 1464 | $124.32 | New York |
| 1465 | $1,191.23 | California |
| 1466 | $208.75 | New York |
| 1467 | $1,649.06 | California |
| 1468 | $1,156.64 | California |
| 1469 | $81.20 | New York |
| 1470 | $154.69 | New York |
| 1471 | $626.28 | California |
| 1472 | $67.10 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1473 | $271.01 | New York |
| 1474 | $227.77 | New York |
| 1475 | $264.46 | New York |
| 1476 | $46.40 | New York |
| 1477 | $891.03 | California |
| 1478 | $109.67 | New York |
| 1479 | $196.52 | New York |
| 1480 | $1,276.74 | California |
| 1481 | $41.13 | New York |
| 1482 | $48.51 | California |
| 1483 | $227.85 | California |
| 1484 | $828.32 | California |
| 1485 | $3,941.38 | California |
| 1486 | $1,086.13 | New York |
| 1487 | $160.29 | New York |
| 1488 | $119.16 | New York |
| 1489 | $1,095.80 | California |
| 1490 | $1,544.29 | California |
| 1491 | $237.05 | New York |
| 1492 | $332.89 | New York |
| 1493 | $50.62 | New York |
| 1494 | $754.02 | California |
| 1495 | $106.47 | New York |
| 1496 | $878.83 | California |
| 1497 | $36.91 | New York |
| 1498 | $5,619.62 | California |
| 1499 | $49.10 | New York |
| 1500 | $795.05 | New York |
| 1501 | $2,527.05 | California |
| 1502 | $1,045.08 | New York |
| 1503 | $11.60 | New York |
| 1504 | $246.76 | New York |
| 1505 | $788.99 | California |
| 1506 | $92.80 | New York |
| 1507 | $702.04 | California |
| 1508 | $5,399.12 | California |
| 1509 | $592.71 | California |
| 1510 | $663.88 | California |
| 1511 | $571.16 | California |
| 1512 | $18.98 | New York |
| 1513 | $525.26 | California |
| 1514 | $531.16 | New York |
| 1515 | $411.86 | California |
| 1516 | $25.31 | New York |
| 1517 | $4,096.20 | California |
| 1518 | $632.88 | California |

11

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1519 | $720.60 | New York |
| 1520 | $210.41 | New York |
| 1521 | $550.51 | California |
| 1522 | $945.13 | New York |
| 1523 | $949.96 | New York |
| 1524 | $116.11 | New York |
| 1525 | $16.87 | New York |
| 1526 | $27.02 | New York |
| 1527 | $361.18 | California |
| 1528 | $727.30 | California |
| 1529 | $727.30 | California |
| 1530 | $13.14 | New York |
| 1531 | $145.10 | New York |
| 1532 | $1,185.35 | California |
| 1533 | $1,492.10 | California |
| 1534 | $512.94 | California |
| 1535 | $616.44 | California |
| 1536 | $626.28 | California |
| 1537 | $575.77 | California |
| 1538 | $862.12 | California |
| 1539 | $2,946.07 | California |
| 1540 | $564.68 | California |
| 1541 | $3,022.67 | California |
| 1542 | $421.37 | New York |
| 1543 | $942.48 | California |
| 1544 | $975.51 | New York |
| 1545 | $820.48 | California |
| 1546 | $507.81 | California |
| 1547 | $451.96 | New York |
| 1548 | $1,418.14 | California |
| 1549 | $459.43 | New York |
| 1550 | $2,877.08 | California |
| 1551 | $1,283.37 | California |
| 1552 | $601.02 | California |
| 1553 | $12.94 | California |
| 1554 | $828.32 | California |
| 1555 | $1,397.40 | California |
| 1556 | $60.11 | New York |
| 1557 | $133.92 | New York |
| 1558 | $382.33 | New York |
| 1559 | $148.69 | New York |
| 1560 | $344.80 | New York |
| 1561 | $75.22 | New York |
| 1562 | $127.63 | New York |
| 1563 | $466.05 | New York |
| 1564 | $859.32 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1565 | $47.44 | New York |
| 1566 | $96.86 | New York |
| 1567 | $209.59 | New York |
| 1568 | $90.69 | New York |
| 1569 | $14.30 | New York |
| 1570 | $157.40 | New York |
| 1571 | $306.70 | New York |
| 1572 | $21.09 | New York |
| 1573 | $326.43 | New York |
| 1574 | $784.55 | New York |
| 1575 | $854.43 | California |
| 1576 | $613.21 | California |
| 1577 | $393.32 | New York |
| 1578 | $27.42 | New York |
| 1579 | $258.13 | New York |
| 1580 | $318.22 | New York |
| 1581 | $410.61 | New York |
| 1582 | $525.26 | California |
| 1583 | $31.64 | New York |
| 1584 | $1,749.59 | California |
| 1585 | $39.02 | New York |
| 1586 | $6.97 | New York |
| 1587 | $1,751.79 | California |
| 1588 | $888.14 | California |
| 1589 | $2,229.06 | California |
| 1590 | $407.94 | New York |
| 1591 | $152.51 | New York |
| 1592 | $760.06 | California |
| 1593 | $4,352.34 | California |
| 1594 | $3,558.11 | California |
| 1595 | $48.51 | New York |
| 1596 | $323.48 | New York |
| 1597 | $275.35 | New York |
| 1598 | $64.33 | New York |
| 1599 | $609.09 | New York |
| 1600 | $1,106.13 | California |
| 1601 | $534.78 | New York |
| 1602 | $777.81 | California |
| 1603 | $875.14 | California |
| 1604 | $626.28 | California |
| 1605 | $37.80 | New York |
| 1606 | $222.37 | New York |
| 1607 | $3,238.54 | California |
| 1608 | $1,462.94 | California |
| 1609 | $181.13 | California |
| 1610 | $1,856.15 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1611 | $258.74 | New York |
| 1612 | $704.97 | California |
| 1613 | $2,989.11 | California |
| 1614 | $305.70 | New York |
| 1615 | $421.19 | New York |
| 1616 | $170.35 | California |
| 1617 | $803.80 | California |
| 1618 | $15.82 | New York |
| 1619 | $1,963.30 | California |
| 1620 | $46.40 | New York |
| 1621 | $6.33 | New York |
| 1622 | $979.34 | California |
| 1623 | $690.57 | New York |
| 1624 | $702.04 | California |
| 1625 | $30.58 | New York |
| 1626 | $4,718.48 | California |
| 1627 | $1,134.21 | California |
| 1628 | $2,200.72 | California |
| 1629 | $148.69 | New York |
| 1630 | $189.05 | New York |
| 1631 | $329.13 | New York |
| 1632 | $1,592.12 | California |
| 1633 | $515.29 | New York |
| 1634 | $803.80 | California |
| 1635 | $436.65 | California |
| 1636 | $1,535.47 | California |
| 1637 | $5,743.43 | California |
| 1638 | $929.34 | California |
| 1639 | $4,225.79 | California |
| 1640 | $979.85 | California |
| 1641 | $803.06 | California |
| 1642 | $637.98 | California |
| 1643 | $615.87 | California |
| 1644 | $651.90 | California |
| 1645 | $702.04 | California |
| 1646 | $95.96 | New York |
| 1647 | $10.55 | New York |
| 1648 | $441.96 | New York |
| 1649 | $67.49 | New York |
| 1650 | $1,920.97 | California |
| 1651 | $1,740.50 | California |
| 1652 | $6,596.36 | California |
| 1653 | $64.33 | New York |
| 1654 | $651.53 | California |
| 1655 | $1,239.60 | California |
| 1656 | $221.45 | New York |

12

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1657 | $106.74 | California |
| 1658 | $311.70 | New York |
| 1659 | $1,064.48 | California |
| 1660 | $574.73 | California |
| 1661 | $4,872.25 | California |
| 1662 | $895.14 | California |
| 1663 | $81.20 | New York |
| 1664 | $11.60 | New York |
| 1665 | $575.21 | New York |
| 1666 | $157.40 | New York |
| 1667 | $87.52 | New York |
| 1668 | $109.97 | California |
| 1669 | $3,023.17 | California |
| 1670 | $515.36 | California |
| 1671 | $626.14 | California |
| 1672 | $110.72 | New York |
| 1673 | $100.86 | New York |
| 1674 | $325.36 | New York |
| 1675 | $78.03 | New York |
| 1676 | $20.04 | New York |
| 1677 | $206.31 | New York |
| 1678 | $833.34 | California |
| 1679 | $800.48 | New York |
| 1680 | $4,852.15 | California |
| 1681 | $1,597.77 | California |
| 1682 | $498.69 | New York |
| 1683 | $276.91 | New York |
| 1684 | $178.21 | New York |
| 1685 | $4,031.58 | California |
| 1686 | $687.88 | California |
| 1687 | $1,075.27 | California |
| 1688 | $2,907.00 | California |
| 1689 | $82.25 | New York |
| 1690 | $445.76 | New York |
| 1691 | $459.21 | New York |
| 1692 | $1,002.36 | California |
| 1693 | $888.55 | New York |
| 1694 | $1,032.39 | California |
| 1695 | $1,611.97 | California |
| 1696 | $12.94 | California |
| 1697 | $1,557.15 | California |
| 1698 | $615.37 | California |
| 1699 | $656.60 | California |
| 1700 | $92.80 | New York |
| 1701 | $1,454.32 | California |
| 1702 | $1,012.27 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1703 | $946.66 | New York |
| 1704 | $175.09 | New York |
| 1705 | $245.91 | New York |
| 1706 | $87.52 | New York |
| 1707 | $12.20 | New York |
| 1708 | $314.18 | New York |
| 1709 | $281.53 | New York |
| 1710 | $250.70 | New York |
| 1711 | $3,645.11 | California |
| 1712 | $586.25 | California |
| 1713 | $923.36 | California |
| 1714 | $1,887.97 | California |
| 1715 | $827.81 | California |
| 1716 | $1,743.55 | California |
| 1717 | $3,214.87 | California |
| 1718 | $3,892.13 | California |
| 1719 | $656.33 | California |
| 1720 | $3,367.88 | California |
| 1721 | $1,686.11 | California |
| 1722 | $716.62 | New York |
| 1723 | $752.29 | California |
| 1724 | $109.97 | California |
| 1725 | $2,248.65 | California |
| 1726 | $60.13 | New York |
| 1727 | $22.14 | New York |
| 1728 | $1,971.72 | California |
| 1729 | $704.81 | California |
| 1730 | $1,323.89 | California |
| 1731 | $1,272.48 | California |
| 1732 | $781.16 | California |
| 1733 | $439.89 | California |
| 1734 | $4,753.74 | California |
| 1735 | $2,285.61 | California |
| 1736 | $54.83 | New York |
| 1737 | $308.69 | New York |
| 1738 | $676.79 | California |
| 1739 | $210.20 | New York |
| 1740 | $103.06 | New York |
| 1741 | $2,718.49 | California |
| 1742 | $108.61 | New York |
| 1743 | $360.04 | New York |
| 1744 | $930.38 | California |
| 1745 | $605.41 | California |
| 1746 | $1,071.28 | California |
| 1747 | $501.34 | California |
| 1748 | $5,121.68 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1749 | $1,302.46 | California |
| 1750 | $1,779.31 | California |
| 1751 | $429.05 | New York |
| 1752 | $629.64 | California |
| 1753 | $636.34 | California |
| 1754 | $550.51 | California |
| 1755 | $36.91 | New York |
| 1756 | $209.85 | New York |
| 1757 | $344.70 | New York |
| 1758 | $655.25 | New York |
| 1759 | $11.60 | New York |
| 1760 | $209.94 | New York |
| 1761 | $373.75 | New York |
| 1762 | $431.32 | California |
| 1763 | $1,537.34 | California |
| 1764 | $204.36 | New York |
| 1765 | $249.01 | New York |
| 1766 | $1,158.17 | New York |
| 1767 | $58.68 | New York |
| 1768 | $248.89 | New York |
| 1769 | $819.94 | California |
| 1770 | $5,403.66 | California |
| 1771 | $808.68 | California |
| 1772 | $99.71 | New York |
| 1773 | $1,985.23 | California |
| 1774 | $1,844.40 | California |
| 1775 | $1,082.66 | California |
| 1776 | $956.01 | California |
| 1777 | $3,533.06 | California |
| 1778 | $5,974.98 | California |
| 1779 | $204.58 | New York |
| 1780 | $1,256.64 | California |
| 1781 | $1,190.68 | California |
| 1782 | $969.24 | California |
| 1783 | $874.38 | California |
| 1784 | $871.15 | California |
| 1785 | $242.54 | New York |
| 1786 | $727.30 | California |
| 1787 | $43.24 | New York |
| 1788 | $1,005.11 | California |
| 1789 | $335.31 | California |
| 1790 | $654.15 | New York |
| 1791 | $209.59 | New York |
| 1792 | $179.95 | New York |
| 1793 | $168.72 | New York |
| 1794 | $186.52 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1795 | $1,038.78 | California |
| 1796 | $925.37 | New York |
| 1797 | $184.36 | California |
| 1798 | $960.90 | California |
| 1799 | $24.25 | New York |
| 1800 | $1,811.41 | California |
| 1801 | $111.55 | New York |
| 1802 | $29.53 | New York |
| 1803 | $132.87 | New York |
| 1804 | $4,509.07 | California |
| 1805 | $103.50 | California |
| 1806 | $365.87 | New York |
| 1807 | $1,215.33 | New York |
| 1808 | $12.94 | California |
| 1809 | $1,451.30 | California |
| 1810 | $165.56 | New York |
| 1811 | $904.09 | California |
| 1812 | $250.99 | New York |
| 1813 | $651.53 | California |
| 1814 | $58.00 | New York |
| 1815 | $1,538.04 | California |
| 1816 | $1,615.16 | California |
| 1817 | $1,398.78 | California |
| 1818 | $636.93 | California |
| 1819 | $1,341.36 | California |
| 1820 | $2,731.72 | California |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1821 | $101.23 | New York |
| 1822 | $1,163.59 | New York |
| 1823 | $34.80 | New York |
| 1824 | $81.20 | New York |
| 1825 | $196.14 | New York |
| 1826 | $156.07 | New York |
| 1827 | $98.07 | New York |
| 1828 | $2,557.82 | California |
| 1829 | $501.34 | California |
| 1830 | $102.34 | New York |
| 1831 | $5,193.27 | California |
| 1832 | $803.06 | California |
| 1833 | $310.78 | New York |
| 1834 | $4.22 | New York |
| 1835 | $277.56 | New York |
| 1836 | $400.63 | New York |
| 1837 | $601.02 | California |
| 1838 | $4,929.59 | California |
| 1839 | $56.94 | New York |
| 1840 | $61.16 | New York |
| 1841 | $525.26 | California |
| 1842 | $518.27 | New York |
| 1843 | $199.39 | New York |
| 1844 | $927.55 | California |
| 1845 | $808.61 | California |
| 1846 | $35.85 | New York |

| Class Member Identifier | Settlement Amount | Facility |
|---|---|---|
| 1847 | $622.41 | California |
| 1848 | $769.35 | California |
| 1849 | $181.13 | California |
| 1850 | $1,827.92 | California |
| 1851 | $5,006.05 | California |
| 1852 | $626.28 | California |
| 1853 | $803.06 | California |
| 1854 | $777.81 | California |
| 1855 | $550.51 | California |
| 1856 | $454.98 | California |
| 1857 | $581.81 | California |
| 1858 | $527.27 | California |
| 1859 | $5,316.87 | California |
| 1860 | $52.86 | New York |
| 1861 | $602.08 | California |
| 1862 | $142.36 | New York |
| 1863 | $716.86 | New York |
| 1864 | $521.53 | New York |
| 1865 | $440.97 | California |
| 1866 | $892.45 | California |
| 1867 | $1,241.25 | California |
| 1868 | $652.00 | California |
| 1869 | $507.81 | California |
| 1870 | $2,744.73 | California |
| 1871 | $442.04 | California |