# EXHIBIT 3



*Overview*

Stueve Siegel Hanson LLP was founded in 2001 by lawyers who formerly practiced at large national law firms. The Firm now boasts fourteen lawyers including several former federal and state law clerks. The Firm is rated AV, and its lawyers have accumulated several local, regional, and national awards for their successes and dedication to the practice.

Stueve Siegel Hanson LLP represents plaintiffs and defendants in complex business, class action, wage and hour, environmental, and product liability litigation and trials. Since opening our doors in 2001, we have obtained substantial results in a wide range of class and collective actions while serving as lead or co-lead counsel including:

- A $27.5 million settlement in a wage and hour lawsuit brought on behalf of loan originators;

- Obtaining in excess of $95 million in final or pending settlements of wage and hour claims on behalf of employees in the financial services, pharmaceutical, cosmetology and call center industries;

- Settlement of a nationwide class action involving GM automobiles equipped with "Dex-Cool" coolent;

- Obtaining $75-125 million in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles;

- Obtaining $33 million in relief for owners of Mitsubishi and Chrysler owners related to defective wheel rims;

- Obtaining $7.2 million in relief for Sprint customers effected by Sprint's practice of improperly charging "casual caller" rates;

- Obtaining $35-50 million in relief for Volkswagen owners effected by VW's use of a faulty plastic part in the window mechanism of certain vehicles;

- Obtaining a $7.7 million nationwide settlement after the Court certified a nationwide class of Cable & Wireless customers who had been overcharged PICC fees.

In addition to these cases, SSH currently acts as lead or co-lead counsel and represents plaintiffs in class and collective actions pending against The Dow Chemical Company, Premcor Refining Company, Wells Fargo Bank, Dell, Inc, RJ Reynolds, CenturyTel, Southwestern Bell, NPC International, Cable & Wireless, Merck, Monsanto, AT&T Wireless, Volkswagen, General Motors, DaimlerChrysler and TeleTech Holdings, Inc. Our firm has defended class actions as well, including defending the Allstate Insurance Company in a class action brought by policyholders claiming Allstate improperly discounted medical reimbursements.

SSH has also obtained substantial results in non-class cases, including numerous successes at trial. Some of our recent courtroom victories include:

**Stueve · Siegel · Hanson**

- A $20 million jury verdict on behalf of independent contractor agents against State Farm in a breach of contract and tortious interference case;

- A $4.2 million jury verdict against one of the country's largest securities brokers, A.G. Edwards & Sons, in a breach of contract and fraud case;

- A $3.5 million jury verdict and attorneys' fee award against the world's largest manufacturer of recreational boats in a fraud and breach of contract case;

- A $1.6 million jury verdict against a major paint and coating supplier in a negligent misrepresentation case;

- A defense verdict for a client defending a multi-million dollar tort claim;

- A defense verdict in a high-profile white collar criminal price fixing case following an eight week trial.

We are proud of our successes and our focus on results. Our mission is the same whether our clients are a class of employees and consumers or Fortune 100 companies.

### *Our Lawyers*

Our lawyers have a breadth of experience that is national in scope. We have appeared before state and federal courts nationwide, and have successfully litigated cases across the country.

**Patrick J. Stueve** started his career clerking for the late United States District Court Judge John W. Oliver in the Western District of Missouri, Kansas City. He then joined the trial department of Stinson, Mag & Fizzell where he became partner in 1994. He was the youngest of six partners to leave Stinson, Mag in 1996 to found Berkowitz, Feldmiller, Stanton, Brandt, Williams & Stueve. Patrick had various management responsibilities at Stinson and then Berkowitz before leaving to found SSH. Pat received his B.A. in Economics, with distinction, from Benedictine College in 1984, and his J.D. from the University of Kansas (Order of the Coif) in 1987 where he served as an Editor of both the Kansas Law Review and the Criminal Justice Review.

Patrick has extensive complex business litigation and class action experience. He has both defended and prosecuted claims in federal and state courts (as well as AAA arbitrations) in the areas of Antitrust, Trademark and Patent Infringement, Unfair Competition, Business Torts, Product Liability, Non-Compete, Securities Fraud, Telecommunications, Franchise, and Health Care.

Most recently Patrick successfully prosecuted violations of a franchise agreement in a New York Arbitration against a Fortune 500 company that resulted in an eight figure settlement for a Kansas City franchisee. Patrick also recently represented a London based company in Federal Court in California prosecuting antitrust claims and defending trademark and cyber squatting claims that also resulted in an eight figure settlement. This past year Patrick has successfully prosecuted several license violation cases for a small Kansas City software developer resulting in settlements exceeding $1 million dollars.

**Stueve · Siegel · Hanson**

Patrick has successfully tried to verdict cases in federal and state courts across the country and in several AAA and NASD arbitrations. He recently obtained a defense verdict in a $7 million dollar business tort claim for his client in the Western District of Missouri (<u>Aftermarket vs. Gulf</u>). This past year Patrick was selected by his peers as a "Super Lawyer" for Missouri and Kansas and the "Best of the Bar" in Kansas City. He is a member of the Million Dollar Advocates Forum, limited to trial lawyers who have won multi-million dollar cases.

Patrick also has extensive class action experience.  Patrick has been lead or co-lead counsel in three large nationwide consumer class actions that have settled over the past two years.  In <u>Lewin v. Volkswagen</u>, Patrick successfully obtained relief totaling $50 million dollars for one million Volkswagen customers in a deceptive trade practices class action that required Volkswagen to provide full reimbursement for past product defect repairs and to replace all window regulators on theses vehicles at no cost to the customer.  In <u>Cromwell v. Sprint</u>, Patrick obtained relief totaling $7.2 million for over 100,000 Sprint customers who were wrongfully charged casual caller fees in violation of the Federal Communications Act. In <u>Powers v. Cable & Wireless,</u> Patrick obtained and order certifying a nationwide class of consumers who were overcharged PICC fees and then reached a nationwide settlement of $7.7 million for the approximately 40,000 customers who had been wrongfully charged PICC fees.

Prior to founding Stueve Siegel Hanson LLP, Patrick represented Ford Motor Company and other Fortune 100 companies in major litigation across the country, including the defense of several class action claims involving a variety of industries.

Patrick previously served as President of the Lawyers Association of Kansas City.  Patrick is a three term past president of the board of Habitat for Humanity Kansas City and the recent recipient of the first John and Mary Pritchard Founders Award from Habitat.  He has served on the Visitation School Board, is the past PTO president for Visitation School, and has coached youth baseball, football, basketball, and track.  Patrick has also served as an Adjunct Instructor of Trial Advocacy at the University of Kansas Law School and published articles on a wide variety of legal issues.  He also is a member of the ABA's Antitrust section and its Private Enforcement Committee.

**Norman E. Siegel** started his career as an Assistant Attorney General for the State of Missouri. In 1995, he joined the litigation department of Blackwell Sanders. In 1998, Norm joined Sonnenschein Nath & Rosenthal and was promoted to partner in 2000.  Norm also served on the hiring committee of Sonnenschein. Norm received a degree in political science from Tufts University, and his J.D. from Washington University in St. Louis where he was Articles Editor of the *Journal of Urban and Contemporary Law*.

Norm's current cases include acting as lead counsel in several securities cases brought against sellers of so called auction rate securities or ARS. The cases generally allege that the broker-dealers involved in the sale of ARS materially misrepresented the liquidity and risks of the securities to individual investors and corporations by labeling these securities as cash equivalents in press releases, monthly account statements, individual communications with investors, and other investment guidance material. The claims, brought under the securities laws on the United States, allege that the promised liquidity of the auction rate securities was created through artificial intervention in the auctions by the broker-dealers. The litigation was initiated when the

**Stueve · Siegel · Hanson**

market for auction rate securities collapsed when all of the major broker-dealers announced that they will no longer purchase auction rate securities for their own accounts to ensure that the securities would remain liquid. In the past several months, thousands of auctions run by the broker-dealers failed and over $300 billion in auction rate securities that were once offered as cash equivalents are now illiquid, resulting in economic losses and severe hardships for investors.

Norm also currently represents a putative class consisting of the land owners and residents of Hartford, Illinois who are living on top of a 4 million gallon underground gasoline plume. Residents of Hartford, which is located between the refineries to the East and the Missouri River to the West, have experienced severe gas fumes in their homes, fires in water wells, and a substantial impairment to their living environment. In July 2008, the plaintiffs reached a deal with Premcor and Shell, two of the defendants, to settle the case for $16 million. In early 2009, a second settlement was reached with BP North America for $19.5 million. The litigation is continuing against the remaining defendants, which include Apex Oil Co. and Sinclair Oil.

Norm is lead counsel in a certified class action pending against Monsanto and two of its sister companies, Solutia and Pharmacia, alleging that the companies violated the pension laws by terminating a certain interest credit at age 55, rather than at normal retirement age of 65. The case is currently being litigated in the Southern District of Illinois.

Norm recently completed prosecuting Sherman Act I and state law tort claims on behalf of Heartland Surgical Specialty Hospital, a physician owned specialty acute care hospital (Heartland Surgical Specialty Hospital v. HCA, Inc.).  Heartland claimed that the dominant hospital systems in the Kansas City conspired among themselves and with the dominant managed care organizations in the region to prevent Heartland from obtaining in-network provider contracts.  After 3 years of intense litigation, including winning a landmark summary judgment order, Heartland entered confidential settlements with all 11 defendants.

Norm recently won a $20 million jury verdict for five State Farm agents who had accused State Farm of violating their agents' agreements (Kelly v. State Farm). The verdict came after a three-week trial in Independence Missouri. The agents argued that they were improperly terminated after publicly criticizing management's policies as unfair to policyholders. The agents, who collectively had over 115 years service with State Farm, spoke out following a series of substantial verdicts and settlements against State Farm that revealed improper claims handling, fraudulent use of medical utilization reviews, specification of non-OEM replacement parts, and other practices considered harmful to policyholders. Norm delivered the closing argument at trial, and the jury returned a verdict in the amount sought by the agents.

Norm also recently served as co-lead counsel in In re: Hyundai Horsepower Litigation, which netted class relief for 800,000 Hyundai owners totaling $125 million. The case was aggressively litigated over nearly two years and was fought on numerous fronts.  The nationwide litigation began in September 2002 when Hyundai announced it had overstated horsepower ratings in more than 1 million vehicles sold in the United States over a 10 year period.  Norm took the lead in discovery, processing more than 80,000 pages of Hyundai documents and taking the depositions of top Hyundai management, including the CEO of Hyundai Motor America, and a corporate

**Stueve · Siegel · Hanson**

representative of HMA's parent company in Seoul, South Korea. Norm was also instrumental in the settlement that followed, which brought high praise from Hyundai owners across the country. Norm is still serving as lead counsel in the related horsepower litigation against Hyundai's sister company Kia Motors America.

Norm has also recently litigated an eight figure case to settlement on behalf of a franchisee against a nationwide franchisor (case name confidential), and won a jury verdict in excess of $1.5 million for a local business (Weld v. Graggs Paint).

Norm has also obtained outstanding results in criminal cases. In October of 2001, Norm's client was acquitted of federal price fixing charges before a federal jury in Houston, Texas (U.S. v. Supreme Insulation). In late February of 2002, Norm's client, who had pleaded guilty to criminally violating the federal RICO statute, was granted probation despite the government's request for a lengthy prison term (U.S. v. McCarthy).

Norm has substantial litigation and class action experience. He currently holds leadership positions in class cases against Premcor Refining Co., H&R Block Inc., Monsanto, Solutia, and Pharmacia. He has extensive intellectual property and domain name dispute litigation experience. Norm was responsible for the intellectual property expert issues in the recently settled Formula 1 litigation. And Norm recently defended Aquila Inc., a Fortune 100 Company, in defense of numerous securities class actions alleging that Aquila's board failed to take appropriate steps in response to a tender offer from its parent Utilicorp United. In early January 2002, a Delaware Chancery Judge denied plaintiffs' claims for immediate injunctive relief, paving the way for the successful tender offer and merger of the two companies.

As an Assistant Attorney General, Norm also served as a special prosecutor for the State, investigating and prosecuting cases involving gambling and election fraud. He also was instrumental in the investigation and civil prosecution of those accused of bilking the State's Second Injury Fund, which resulted in settlements totaling nearly $1 million. Since entering private practice, Norm has served as special counsel for the State, having been named a Special Assistant Attorney General in 1997. In December 2003, Attorney General Jay Nixon appointed Norm to the Community Action Committee charged with overseeing The Healthcare Foundation of Kansas City, the $500 million public health foundation created with the public health asset sale of Health Midwest. Norm served as Chairman of the CAC and now sits on the Foundation's Board of Directors.

**George A. Hanson** started his career with Blackwell Sanders in the Labor and Employment Department. He was elected partner in 1999. George served as Chair of Blackwell's Hiring Committee in 2001. George received his B.A. from Oberlin College, with high honors, in 1988, and his J.D. from the University of Minnesota, *cum laude*, in 1992. For the past seven consecutive years, George has been named "Best of the Bar" by the *Kansas City Business Journal*. In 2006, George was selected by his peers as a "Super Lawyer" for Missouri and Kansas. George is also rated AV - the highest designation a lawyer can achieve from publisher Martindale-Hubbell.

**Stueve·Siegel·Hanson**

George has had extensive litigation and trial experience in a broad array of business and employment cases brought in both federal and state courts across the country. In August 2005, George (along with partner Norman Siegel) won a $20 million jury verdict for five State Farm agents who had accused State Farm of violating their agents' agreements (Kelly v. State Farm). The verdict came after a three-week trial in Independence Missouri. In 2003, George was lead trial counsel and won a $3.5 million judgment and attorney fee award on behalf of Horizon Holdings against Genmar, the world's largest manufacturer of recreational boats, in a fraud and breach of contract case in federal court in Kansas. (Horizon Holdings v. Genmar) George has also won verdicts in a breach of contract and fraud cases tried before juries in Johnson County, Kansas and Jackson County, Missouri. In addition to trial practice, George has developed an active appellate practice and has successfully argued numerous cases before federal and state appellate panels, including federal appellate courts in the Eighth, Ninth and Tenth Circuits.

In addition to trial work, George's practice currently focuses on the representation of employees in large wage and hour class and collective actions, including workers in the financial services, meat processing, pharmaceutical and call center industries. In the past five years, George has been lead or co-lead counsel on approximately 50 wage and hour actions filed in state and federal courts in Kansas, Missouri, California, Illinois, Texas, Minnesota, Louisiana, New York, Oregon and Washington. To date, these wage and hour cases have through final or pending settlements obtained relief in excess of $95 million on behalf of firm clients. George is also a frequent speaker regarding trial practice and wage and hour matters nationwide.

**Todd M. McGuire** was born and raised in Elgin, Illinois. In 1996, Todd received his B.A. in Rhetoric and Communications Studies from Drake University, *summa cum laude*, where he was a member of Phi Beta Kappa, Mortar Board and Omicron Delta Kappa. Todd was also an active member of the Sigma Alpha Epsilon Fraternity. In 1999, Todd obtained his J.D., with highest honors, from Drake. Todd served as Editor in Chief of the *Drake Law Review* and was a member of the Order of the Coif.

After graduating from law school, Todd began his legal career in the Kansas City office of Sonnenschein Nath & Rosenthal, one of the largest law firms in the country, in the litigation department, specializing in antitrust, white collar criminal defense and commercial litigation. In October 2001, Todd joined Stueve Siegel Hanson LLP. In January 2005, Todd was elected to the Firm's partnership.

During the past 6 years, Todd has successfully represented a variety of clients in complex civil and criminal matters at both the trial court and appellate levels. He has both defended and prosecuted claims in the areas of Antitrust, RICO, Contract Disputes, Environmental Contamination, Business Torts, White Collar Crime, Employment Discrimination, Wage and Hour Violations, Insurance Coverage and Bad Faith, Copyright Infringement and Class Actions. Todd is admitted to practice in federal and state courts in Missouri and Kansas as well as before the United States Court of Appeals for the Tenth Circuit. Todd has represented clients in Courts across the country including New York, Texas, California, Illinois, Pennsylvania, Kansas, Missouri and Michigan.

**Stueve · Siegel · Hanson**

Todd is a member of the American Bar Association, Lawyers' Association of Kansas City and Kansas City Metropolitan Bar Association. Todd has been recognized as a philanthropic leader at Drake University through membership in the President's Circle. Todd is also a member of the Steering Committee for the Donald V. Adams Leadership Institute at Drake.

**Todd E. Hilton** received his B.A. in English and Philosophy, cum laude, from the University of Miami in 1996, where he was President of the International Philosophy Honor Society and Vice President of the International English Honor Society. He received his J.D., with honors, from George Washington University in 1999. Todd was a member of The George Washington Journal of International Law and Economics. Todd joined Lathrop & Gage out of law school where he specialized in products liability, personal injury, wrongful death, and consumer protection litigation. Todd was recently honored by the Missouri Lawyers Weekly as having obtained the fifth highest verdict in Missouri in 2001.

**Virginia Crimmins** received a B. A in 1998 from Agnes Scott College in Decatur, Georgia in International Relations and French where she was a member of Phi Beta Kappa. Ginnie subsequently attended Georgetown University Law Center in Washington, D.C. During law school Ginnie was a member of Georgetown's Journal on Poverty Law and Policy and represented clients in Georgetown's Domestic Violence Clinic.

After graduation from law school in 2001, Ginnie and her husband returned to Kansas City where Ginnie began practicing with the law firm of Spencer Fane Britt and Browne in Spencer Fane's general litigation group. While at Spencer Fane, Ginnie's practice focused on education and business litigation, involving business torts, contract disputes, and insurance issues. In 2004, Ginnie joined the law firm of Stueve Siegel Hanson LLP as an associate and in July 2008, Ginnie was elected to the Firm's partnership.

Since beginning the practice of law, Ginnie has represented both individual and corporate clients in many different forums across the country and has experience prosecuting and defending cases at both the trial court and appellate court levels. She has defended and prosecuted claims in the areas of Antitrust, Contract Disputes, Business Torts, Wage and Hour Violations, and Class Actions. Ginnie is licensed to practice law in Missouri, Kansas and Illinois and is a member of the ABA, Lawyers Association of Kansas City, KBA, KCMBA, Illinois Bar Association and the Association for Women Lawyers of Greater Kansas City.

**Rachel E. Schwartz** was born in Morton Grove, Illinois and raised in Lawrence, Kansas. In 1998, Rachel received her B.A. with honors in Political Science, Economics and American Studies from the University of Kansas. In 2001, Rachel obtained her J.D. from the University of Michigan Law School, where she served on the University of Michigan Journal of Law Review. After graduating from law school, Rachel began her legal career in the Dallas, Texas office of Gardere Wynne Sewell LLP on the complex litigation trial team, specializing in antitrust, securities, RICO and other business litigation. In 2004, Rachel joined Stueve Siegel Hanson, LLP. Rachel is a member of the Lawyers' Association of Kansas City and the Texas Bar Association. She has a Life Membership in the University of Kansas Alumni Association. Since 2007, Rachel has served on the Board of Directors of DEBATE Kansas City, an organization dedicated to providing debate opportunities to schools located in Kansas City's urban core.

**Stueve · Siegel · Hanson**

Rachel has successfully represented a variety of clients in complex civil matters at both the district court and appellate levels.  She has both defended and prosecuted claims in the areas of Securities, Antitrust, RICO, Business Torts, Employment Law, Intellectual Property and Contract Disputes. Rachel is admitted to practice in state and federal courts in Kansas, Missouri and Texas, as well as before the United Stated Court of Appeals for the Eighth Circuit.

**Richard Paul** began his legal career as a judicial law clerk at the Missouri Supreme Court and the Missouri Court of Appeals, Western District.  In 1996, he began private practice with Shughart Thomson & Kilroy, a large Kansas City law firm with offices in Missouri, Kansas, Colorado, and Arizona. In 2002, the Board of Directors of Shughart Thomson elected him a Shareholder and Director.  In May 2008, Rick moved his practice to Stueve Siegel Hanson.  Rick has tried several cases, and also argued more than 40 appeals before a variety of appellate courts across the country, including the United States Court of Appeals for the Eighth and Ninth Circuits, the Missouri Supreme Court, the Missouri Court of Appeals for the Eastern, Southern, and Western Districts, the Kansas Court of Appeals, and the Arizona Court of Appeals.

Rick handled a variety of types of cases, including constitutional litigation, intellectual property, antitrust, franchise, oil and gas litigation, employment disputes, bankruptcy litigation, product liability, transportation law, and officer and director liability.  Most of his practice focused on complex multi-district, class, derivative, and representative actions.  Rick also worked on an interim basis as in-house litigation counsel for Gateway 2000.  Rick has spent a significant portion of his practice representing bankruptcy trustees as court-appointed Trial Counsel in complex litigation, often on a contingent or modified fee arrangement. In this role, Rick has helped bankruptcy trustees collect more than $60 million for their bankruptcy estates.  Rick has also served as Lead or Co-Lead Class Counsel in various class actions.  In November 2007, after more than 4 years of vigorous litigation, Rick and his co-counsel settled the In re DexCool Products Liability Multi-District Litigation just days before a 3-week jury trial was set to begin in what is one of the largest automotive class action settlements ever.

Rick has been active in the local bar, including the Kansas City Metropolitan Bar Association and the Lawyers Association of Kansas City. In 2004, he served as the Chair of the Appellate Courts Committee of the KCMBA. He has also served on the Business Torts Committee, where he authored the Chapter on Fiduciary Duties for the Business Torts Handbook. Rick is a frequent speaker and moderator at seminars and presentations on handling appeals, electronic discovery, and the use of technology in the courtroom.

**Matthew L. Dameron** began his legal career at Blackwell Sanders Peper Martin LLP in Kansas City. Matt left Blackwell Sanders to serve as a law clerk for The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri. At the conclusion of his clerkship in September 2006, Matt joined Stueve Siegel Hanson LLP as an associate.

Prior to law school, Matt served as the Campaign Coordinator for United States Representative Ike Skelton, and he served in a variety of policy and campaign internships for elected officials. Since joining Stueve Siegel Hanson, Matt has been active in a variety of cases, including the auction rate securities litigation being pursued by the firm.  Matt is also active on the leadership

**Stueve · Siegel · Hanson**

team prosecuting consumer and securities claims against H&R Block over allegedly improper sales of H&R Block's Express IRA product. The Complaint alleges that H&R Block made misrepresentations regarding the fees associated with the Express IRA product, and that the Express IRA constitutes a security. Several dozen cases were filed around the country alleging similar improper conduct, which were eventually consolidated by the Judicial Panel on Multidistrict Litigation in the United States District Court for the Western District of Missouri.

Matt earned his undergraduate and law degrees from the University of Missouri in Columbia as part of a joint undergraduate/law program. During law school, Matt served as Editor in Chief of the Journal of Dispute Resolution and he was active in several student organizations.

**Lee Anderson** is a 2005 graduate of the University of Missouri at Kansas City , College of Law (magna cum laude) where he served on the Law Review, receiving the Candler S. Rogers Award for the best legal writing submitted to the Law Review. He was elected to the Order of Barristers and served on both the Moot Court Board and the National Trial Team. He received his Bachelor's and Master's degrees in philosophy and English from the University of South Dakota in 1995 and 1997, respectively. Prior to law school, Mr. Anderson was Assistant Vice President and Electronic Banking Manager for Citizens Bank & Trust. Before joining the firm, Mr. Anderson served as a judicial clerk for the Honorable Ronald R. Holliger, Missouri Court of Appeals.

Lee is currently working with the trial team litigation team pursuing the securities fraud case involving Crossroads Wireless.

**Eric L. Dirks** began his career as an associate at Kansas City's largest law firm Shook, Hardy & Bacon. At Shook, Hardy & Bacon, Eric represented well-known corporate clients in the areas of products liability, class actions and complex litigation. Eric joined Stueve Siegel Hanson in 2005 where he now spends his time representing consumers, workers, retirees and small-to-mid size businesses. Eric's litigation practice includes: class actions, products liability, wage and hour, and commercial litigation.

Eric attended the University of Kansas and received his B.A. in English in 1999. Before college, Eric enlisted in the United States Army Reserves where he was a medic and went on to obtain the rank of Sergeant. Eric then attended the University of Iowa for law school where he received his J.D., with high distinction and was elected to the Order of the Coif.

**Ashlea G. Schwarz** graduated from Kansas State University, suma cum laude, in 2004, with a B.A. in Mass Communications and German. While at K-State, Ashlea was a member of Phi Beta Kappa, Phi Kappa Phi, and Golden Key. She received her J.D. from the University of Kansas in 2007. Ashlea was awarded the James P. Mize Award for Trial Advocacy and the Robert F. Bennett Award for Public Service upon graduation. She clerked for the Honorable Judge Julie Robinson, United States District for the District of Kansas from 2005-2006. Prior to joining the firm, Ashlea was an associate at the Miller Law Firm in Kansas City, Missouri, practicing in construction and commercial litigation. She is a member of the LAKC, KCMBA, and Missouri Bar Association.

**Stueve · Siegel · Hanson**

**Bradley Wilders** began his professional legal employment as a law clerk for the Honorable John R. Gibson of the United States Court of Appeals for the Eighth Circuit. Brad had the rare opportunity to work on cases in five of the eleven federal circuit courts of appeals, including the First, Second, Sixth, Eighth, and Ninth.

Following his clerkship, Brad was an associate with the law firm Sidley Austin LLP in Chicago, Illinois. At Sidley, he practiced intellectual property litigation, where he defended one of the world's largest computer companies against multiple accusations of patent infringement. His cases included both software and hardware patent claims. Brad participated in many aspects of litigation, such as discovery, summary judgment, expert reports, and pretrial preparation. In one such case, Brad was a member of the trial team that travelled to Marshall, Texas. The case ultimately settled during the first week of testimony to the jury.

Prior to becoming a lawyer, Brad was a computer systems and security analyst for the University of Missouri, where he developed a campus program to educate students on intellectual property and the Internet that is still used today. Brad subsequently left information technology to attend law school and graduated from the University of Missouri Columbia School of Law. During law school, Brad was the Lead Articles Editor for the Missouri Law Review. He also interned for the Missouri Public Defender, where he was the second chair in a criminal jury trial that resulted in the acquittal of all charges against the defendant.

**Jack D. McInnes** received both his undergraduate and law degrees from the University of Kansas. At law school, he was elected to the Order of the Coif. He also won an award for outstanding legal writing. Jack began his legal career at Slagle, Bernard & Gorman, P.C., where he was a member of the firm's litigation section. At Slagle, he gained substantial experience defending clients in business disputes, personal injury and products liability cases, and employment matters. Jack then moved to Shughart, Thomson & Kilroy P.C. (now Polsinelli Shughart), where he practiced in the firm's business litigation and contingency fee departments. At Shughart, he found his calling representing plaintiffs in a variety of substantive legal areas, including labor and employment matters, products liability cases, and breach of fiduciary duty claims. Jack was involved in the DexCool Products Liability Multi-District Litigation, which resulted in one of the largest automotive class action settlements ever. He also spent a significant amount of time preparing a wage and hour case for trial against one of the largest retailers in the United States. In November 2008, Jack joined Stueve Siegel Hanson LLP, where he continues his practice of representing plaintiffs in wage and hour, products liability, commercial and bankruptcy litigation.