# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRANDI R. BRUNER, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 07-2164-KHV |
| SPRINT/UNITED MANAGEMENT CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JENA LIPNICK and JENNIFER FONG, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 08-2133-KHV |
| SPRINT/UNITED MANAGEMENT CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JOHNNY ALMONTE, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 08-2149-KHV |
| NEXTEL OF NEW YORK, INC., | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENTS

Plaintiffs, on behalf of themselves and the California and New York Settlement Classes, respectfully move this Court for an order granting final approval of the proposed settlements with Defendants.  Defendants do not oppose this Motion.

In support of this Motion, Plaintiffs rely upon and incorporate by reference the facts and legal arguments set forth in the accompanying Memorandum of Law.  Additionally, Plaintiffs have contemporaneously submitted a Proposed Order Approving Class Action Settlements and Dismissing Claims with Prejudice.

WHEREFORE, for the foregoing reasons and the reasons more fully set out in the accompanying memorandum, Plaintiffs respectfully request that the Court grant this Motion and finally approve the California and New York Settlements with Defendants and provide any other and further relief deemed just and proper.

DATED: July 13, 2009

Respectfully submitted,

_____/s/ George A. Hanson_____
**STUEVE SIEGEL HANSON LLP**
George A. Hanson            KS Bar # 16805
Email: hanson@stuevesiegel.com
Norman E. Siegel           D. Kan # 70354
Email: siegel@stuevesiegel.com
Matthew L. Dameron         KS Bar # 21071
Email: dameron@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:   816-714-7101
**ATTORNEYS AND CO-COUNSEL FOR
PLAINTIFFS IN ALL CASES**


**OUTTEN & GOLDEN LLP**
Justin M. Swartz (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Tel:    (212) 245-1000
Fax:   (212) 977-4005
**CO-COUNSEL FOR *ALMONTE* PLAINTIFFS**

**GOLDSTEIN DEMCHAK BALLER BORGEN
& DARDARIAN**
David Borgen (*pro hac vice*)
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel:    (510) 763-9800
Fax:    (510) 835-1417
**CO-COUNSEL FOR *LIPNICK* PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 13th day of July, 2009, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such

filing to the following:

Hunter R. Hughes, III
Kerri Gildow
J. Timothy McDonald
Rogers & Hardin LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303-1601

Michael L. Blumenthal
Seyferth Blumenthall & Harris LLC
300 Wyandotte, Suite. 430
Kansas City, Missouri 64105

ATTORNEYS FOR DEFENDANTS

_____/s/ George A. Hanson_____
Attorney for Plaintiffs