**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| BRANDI R. BRUNER, individually, ) <br> and on behalf of a class of others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPRINT/UNITED MANAGEMENT CO., ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____) | **CIVIL ACTION** <br> **No. 07-2164-KHV** |
| JENA LIPNICK and JENNIFER FONG, ) <br> individually, and on behalf of a class of ) <br> others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPRINT/UNITED MANAGEMENT CO., ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____) | **CIVIL ACTION** <br> **No. 08-2133-KHV** |
| JOHNNY ALMONTE, individually, ) <br> and on behalf of a class of others similarly ) <br> situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEXTEL OF NEW YORK, INC., ) <br> ) <br> Defendant. ) <br> _____) | **CIVIL ACTION** <br> **No. 08-2149-KHV** |

**ORDER**

This matter is before the Court on Defendants' Motion For Reconsideration Of Two Points

<u>In The Court's July 14, 2009 Order</u> (Doc. #275) filed July 17, 2009. Defendants' motion is unopposed. <u>See</u> <u>Plaintiffs' Response To Defendants' Motion For Reconsideration</u> (Doc. #276) filed July 17, 2009 at 1. For good cause shown, the Court hereby **SUSTAINS** the motion.

**IT IS THEREFORE ORDERED** that to facilitate notice to the Kansas Class, defendants shall have until August 13, 2009 to provide the Claims Administrator with a database including the information called for in Paragraph 18 of the Settlement Agreement (Doc. #260-2 at 21-22).

**IT IS FURTHER ORDERED** that the Claims Administrator shall disseminate the required notice to the Kansas Class on or before August 28, 2009.

**IT IS FURTHER ORDERED** that the action is dismissed with prejudice with respect to plaintiffs who have filed Consent to Join forms and all members of the Kansas Class who timely file an Opt-In and Release Form.

Dated this 22nd day of July, 2009, at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
Kathryn H. Vratil
United States District Judge