**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BRANDI R. BRUNER, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION No. 07-2164-KHV |
| SPRINT/UNITED MANAGEMENT CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| JENA LIPNICK and JENNIFER FONG, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION No. 08-2133-KHV |
| SPRINT/UNITED MANAGEMENT CO., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| JOHNNY ALMONTE, individually, and on behalf of a class of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION No. 08-2149-KHV |
| NEXTEL OF NEW YORK, INC., | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND DEADLINE
TO DISSEMINATE FLSA COLLECTIVE ACTION NOTICE**

The parties jointly request permission to extend the deadline for the Claims Administrator

to disseminate Notice to the Kansas FLSA Class.  Pursuant to the Court's Order dated July 22, 2009 (Doc. # 277), Notice of the settlement shall be mailed to the Kansas Class by August 28, 2009.  The parties request an extension of this deadline until ten business days after the Court issues its ruling on Plaintiffs' Motion for Reconsideration, Alteration or Amendment in the Kansas Case and Supplemental Information for the Record in All Cases (Doc. # 279) (hereinafter "Plaintiffs Motion for Reconsideration").  No prior extensions of this deadline have been requested.

In support of this motion, the parties state as follows:

1. On July 22, 2009, the Court issued an Order requiring the Claims Administrator to disseminate Notice to the Kansas Class no later than August 28, 2009.  (Doc. # 277).

2. The Claims Administrator has completed processing the Class Members' data and is currently finalizing the Notices and Opt-in and Release Forms for the Kansas Class.  Each individual's Notice will include the individual Class Member's approximate settlement amount.

3. The parties want to provide each individual Class Member with the most accurate approximate settlement amount as possible for his or her consideration in determining whether to opt-in to the Settlement.  The amount awarded by the Court for attorneys' fees and class representative incentive payment affects the individual payment amount that will be included in each Class Member's Notice.  Therefore, the parties respectfully request that the Claims Administrator be permitted to finalize its calculations of the settlement allocations, and mail the Notices, only after the Court rules on Plaintiffs' Motion for Reconsideration.

4. In order to allow sufficient time for the Claims Administrator to re-calculate each Class Member's settlement allocation and print the significant number of individualized Notices and Opt-In and Release Forms, the parties request that the Court amend the mailing deadline in

its July 22, 2009 Order to be ten (10) business days after the Court issues its Order on Plaintiffs' Motion for Reconsideration.

For the reasons stated above, the parties respectfully request that the Court extend the deadline for the Claims Administrator to disseminate Notice to the Kansas Class to ten (10) business days after the Court issues its ruling on Plaintiffs' Motion for Reconsideration Alteration or Amendment in the Kansas Case and Supplemental Information for the Record in All Cases (Doc. # 279).

This 26th day of August, 2009.

Respectfully submitted,

| /s/   George A. Hanson | /s/   Michael L. Blumenthal |
|---|---|
| George A. Hanson        KS Bar # 16805 | Michael L. Blumenthal        KS Bar #18582 |
| Email: hanson@stuevesiegel.com | Email:  mike@sbhlaw.com |
| Norman E. Siegel        D. Kan # 70354 | **SEYFERTH, BLUMENTHAL & HARRIS** |
| Email: siegel@stuevesiegel.com | 300 Wyandotte – Suite 430 |
| Matthew L. Dameron       KS Bar # 21071 | Kansas City, Missouri 64105 |
| Email: dameron@stuevesiegel.com | Tel:  (816) 756-0700 |
| **STUEVE SIEGEL HANSON LLP** | Fax:  (816) 756-3700 |
| 460 Nichols Road, Suite 200 | |
| Kansas City, Missouri 64112 | Hunter R. Hughes        (*pro hac vice*) |
| Tel:  (816) 714-7100 | Email:  HHughes@rh-law.com |
| Fax: (816) 714-7101 | J. Timothy Mc Donald  (*pro hac vice*) |
| **ATTORNEYS AND CO-COUNSEL FOR** | Email: JTM@rh-law.com |
| **PLAINTIFFS IN ALL CASES** | **ROGERS & HARDIN LLP** |
| | 2700 International Tower |
| | 229 Peachtree Street, N.E. |
| | Atlanta, Georgia 30303 |
| | Tel: 404-522-4700 |
| | Fax: 404-525-2224 |
| | |
| | **COUNSEL FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 26th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> George A. Hanson     KS Bar # 16805
> Norman E. Siegel     D. Kan # 70354
> Matthew L. Dameron   KS Bar # 21071
> STUEVE SIEGEL HANSON LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
>
> ATTORNEYS FOR PLAINTIFFS

                                /s/ Michael L. Blumenthal
                                Attorney for Defendant